# EXHIBIT A



**CT Corporation**
**Service of Process Notification**
10/14/2025
CT Log Number 550356128

## Service of Process Transmittal Summary

**TO:**       LEGAL DEPARTMENT - SOP
            Tesla, Inc.
            C/O LEGAL DEPT, 3000 HANOVER ST.
            PALO ALTO, CA 94304

**RE:**       **Process Served in Michigan**

**FOR:**      TESLA OF MI, INC.  (Assumed Name)  (Domestic State: TX)
            Tesla, Inc. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: TAHSINE BEYDOUN // To: TESLA OF MI, INC. |
| **DOCUMENT(S) SERVED:** | Summons, Proof, Complaint, Exhibit(s), Jury Demand |
| **COURT/AGENCY:** | 3rd Circuit Court - Wayne County, MI<br>Case # 25015921NZ |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law - 2022 Tesla Model X - VIN: 7SAXCBE68NF342516 |
| **PROCESS SERVED ON:** | C T Corporation System, Plymouth, MI |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 10/14/2025 postmarked on 10/10/2025 |
| **JURISDICTION SERVED:** | Michigan |
| **APPEARANCE OR ANSWER DUE:** | Within 28 days (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | CHRISTOPHER A. WINKLER<br>CONSUMER LEGAL SERVICES, P.C.<br>30928 Ford Road<br>Garden City, MI 48135<br>734-261-4700 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/14/2025, Expected Purge Date: 10/19/2025<br><br>Image SOP<br><br>Email Notification,  LEGAL DEPARTMENT - SOP  legalsop@tesla.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>40600 Ann Arbor Road E, Suite 201<br>Plymouth, MI 48170<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT



**CT Corporation**
**Service of Process Notification**
10/14/2025
CT Log Number 550356128

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Consumer Legal Services, P.C.
30928 Ford Road
Garden City, MI 48135



9214 8969 0099 9790 1217 5269 39



FP US POSTAGE
$011.68
First-Class - IMI
ZIP 48135
10/10/2025
036B 0011817410



Tesla of MI, Inc.
c/o The Corporation Company
40600 Ann Arbor Road E. Suite 201
Plymouth, MI 48170

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | SUMMONS | CASE NO. 25-015921-NZ Hon.John H. Gillis, Jr. |
|---|---|---|

Court telephone no.: 313-224-5243

| Plaintiff's name(s), address(es), and telephone no(s) Beydoun, Tahsine | v | Defendant's name(s), address(es), and telephone no(s). Tesla of MI, Inc. |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no Christopher A. Winkler 57431 30928 Ford Rd Garden City, MI 48135-1803 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

## Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

## Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk. | **SUMMONS** |

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.

2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).

3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date 10/10/2025 | Expiration date* 1/9/2026 | Court clerk Yolanda Payne |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23)      **SUMMONS**      MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105



SUMMONS

Case No. : **25-015921-NZ**

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☒ I served ☐ personally ☒ by registered or certified mail , return receipt requested, and delivery restricted to the addressee(copy of return receipt attached) a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name   Tesla, Inc.<br>c/o The Corporation Company | Date and time of service<br>Friday 10/10/25 @5pm |
|---|---|
| Place or address of service  40600 Ann Arbor Road E. Ste. 201<br>Plymouth, MI 48170 | |
| Attachments (if any)<br>Exhibits and Jury Demand | |

☐ I am a sheriff,deputy sheriff, bailiff, appointed court officer or attorney for a party.

☒ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee<br>$ | Miles traveled<br>$ | Fee<br>$ | |
|---|---|---|---|
| Incorrect address fee<br>$ | Miles traveled<br><br>$ | Fee<br>$ | Total fee<br>$ |

Signature *Sarah Helms*

**Sarah Helms**
Name (type or print)

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with

_____ on _____
Attachments (if any)                                                                    Date and time

_____ on behalf of _____.

Signature
_____

MCL 600.1910, MCR 2.104, MCR 2.105

Yolanda Payne

10/10/2025 10:26 AM

WAYNE COUNTY CLERK

Cathy M. Garrett

IN MY OFFICE

25-015921-NZ FILED IN MY OFFICE

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

TAHSINE BEYDOUN,

                  Plaintiff,                       25-      NZ

v

TESLA OF MI, INC., a Texas corporation,

                  Defendant.

_____/

CONSUMER LEGAL SERVICES, P.C.
RONALD J. BOLZ P-43897
STEVEN S. TOTH P-44487
CHRISTOPHER A. WINKLER P-57431
TRAVIS L. SHACKELFORD P-68710
STEVEN S. TOTH JR P-83678
Attorneys for Plaintiff
30928 Ford Road
Garden City, MI   48135
(734) 261-4700
_____/

There is no other civil action between these parties arising out of the same transaction or occurrence as
alleged in this Complaint in this Court, nor has any such action been previously filed and dismissed or
transferred after   having been assigned to a judge, nor do I know of any other civil action not between these
parties, arising out of   the same transaction or occurrence as alleged in this Complaint that is either pending or
was previously filed and dismissed, transferred or otherwise disposed of after having been assigned to a judge
in this Court.

## **COMPLAINT**

      NOW COMES the Plaintiff, by and through Plaintiff's attorneys, CONSUMER

LEGAL SERVICES, P.C., who complains against the above-named Defendant as

follows:

      1.      Plaintiff is a resident of the City of Dearborn, Wayne County, Michigan.

2.     Defendant, TESLA OF MI, INC. (hereinafter referred to as "Manufacturer"), is a Texas corporation authorized to do business in the State of Michigan and, at all times relevant hereto, was engaged in the manufacture, sale distribution and/or importing of Tesla vehicles and related equipment, with its resident agent located in the City of Plymouth, Wayne County, Michigan.

3.     On or about May 26, 2025, Plaintiff purchased a 2022 Tesla Model X, VIN 7SAXCBE68NF342516 (hereinafter referred to as "2022 Model X"), from Tesla, Inc. (hereinafter referred to as "Seller") which was manufactured by the Manufacturer (see copy of Vehicle Purchase Agreement attached as Exhibit A).

4.     Plaintiff has taken the 2022 Model X to the Manufacturer's authorized agents/dealers, on at least five (5) different occasions (see copy of repair orders attached as Exhibit B). By way of example, and not by way of limitation, the defects with Plaintiff's 2022 Model X include the following:

| **Date** | **Mileage** | **Invoice #** | **Complaint** |
|---|---|---|---|
| 06/10/25 | 87,834 | 3000S0013390666 | **DRIVEABILITY:** Noise and vibration at parking lot speed. |
| | | | **HVAC:** The air coming from the vents has an extremely foul odor, similar to vomit. |
| | | | **SEATBELT:** The rear driver side seatbelt appears to be installed incorrectly. It is oriented in the opposite direction, making it difficult to use safely. |
| | | | **ELECTRICAL:** The driver side tail light keeps accumulating condensation inside. |
| | | | **NOISE:** Squeak noise when opening doors or trunk. |

2

**WIND NOISE:** Noticeable wind noise coming from the driver side when driving at freeway speeds, specifically between 40-70mph.

**SEAT:** Rear driver side seat makes a noticeable squeaking noise while driving.

**NOISE:** When lowering the driver side window, there's a strange noise coming from inside the door panel. It only happens when the window is going down not up.

| | | | |
|---|---|---|---|
| 06/23/25 | 88,403 | 3000S0013499738 | **TRIM:** Passenger front wheel garnish is cracked and not sitting flush. |
| 07/28/25 | 90,601 | 3000S0013868398 | **DRIVEABILITY:** The ride is very uncomfortable, especially over bumps. There are a lot of squeaky and creaky noises during the drive. |

**DRIVEABILITY:** Click noise at parking lot speed.

**WIND NOISE:** Air rushing or whistling at highway speeds.

**BRAKES:** The brakes feel soft and not responsive when trying to stop. It doesn't feel like they are working well.

**DRIVEABILITY:** Heavy acceleration vibration.

**TRIM:** RH fender trim. The right front fender garnish was found loose and not properly seated.

| | | | |
|---|---|---|---|
| 08/15/25 | 91,816 | 3000S0014096125 | **DRIVEABILITY:** Rattle noise on bumpy roads, speed bumps, or rail tracks coming from the driver side area. |

**TRIM:** Recall- Replaced the flood port plungers.

3

**ELECTRICAL:** Recall- Replace HV battery umbrella valves.

**SEAT:** When the backseat on the drivers side moves forward, the small piece of carpet underneath doesn't move with it. It gets pushed in and makes it look like a piece is missing.

**DRIVEABILITY:** The car tends to wander a lot while driving and requires frequent corrections to stay straight. The ride quality is extremely harsh and uncomfortable.

**DRIVEABILITY:** During alignment technician noted front left inner CV boot is no longer containing CV grease.

09/29/25   93,668   3000S0014545446   **ELECTRICAL:** Automatic emergency braking is unavailable/feature may be restored on next drive.

**ELECTRICAL:** Both the side cameras and the backup camera stop working intermittently.

**NOISE:** When shutting the driver side door, there is a strange rattling sound, as if something is loose or broken inside the door.

**DRIVEABILITY:** The ride remains extremely harsh over bumps and overall driving comfort is noticeably poor.

**DRIVEABILITY:** Squeak noise at parking lot speed.

**DRIVEABILITY:** Thump noise on bumpy roads, speed bumps, or rail tracks. It feels like something in the front is loose or comes apart and then settles back in.

4

**DRIVEABILITY:** When turning under light acceleration, a severe shake begins to happen.

**TRIM:** The seal on the glass doesn't line up properly. It looks uneven and out of place.

5.     This cause of action arises out of Defendant's misrepresentations, various breaches of warranties, breaches of contractual obligations, violations of statutes and breaches of covenants of good faith and fair dealing as hereinafter alleged.

6.     The amount in controversy exceeds TWENTY-FIVE THOUSAND DOLLARS ($25,000.00), exclusive of interest and costs, for which Plaintiff seeks judgment against Defendant, together with equitable relief.   In addition, Plaintiff seeks damages from Defendant for incidental, consequential, exemplary and actual damages including interest, costs, and attorneys' fees.

## COUNT I
## BREACH OF WRITTEN WARRANTY

7.     Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 6 as though herein fully restated and realleged.

8.     Plaintiff is a "buyer" under the Michigan Uniform Commercial Code, MCLA 440.2103; MSA 19.2103.

9.     Manufacturer is a "seller" under the Michigan Uniform Commercial Code, MCLA 440.2103; MSA 19.2103.

10.     The 2022 Model X constitutes "goods" under the Michigan Uniform Commercial Code, MCLA 440.2105; MSA 2105.

11.     This is a "transaction in goods", to which MCLA 440.2102; MSA 19.2105 is applicable.

5

12.     Plaintiff's purchase of the 2022 Model X was accompanied by warranties, written and otherwise, offered by the Manufacturer. Whereby said warranties were part of the basis of the bargain of the contract, upon which Plaintiff relied, between Plaintiff and Manufacturer for its sale of the vehicle.

13.     In its written warranty, the Manufacturer warranted if any defects were discovered within certain periods of time, the Manufacturer would provide repair of the 2022 Model X free of charge to Plaintiff under specific terms as stated in the written warranty. Additionally, the subsequent servicing of the subject vehicle at Manufacturer's authorized repair facilities was warranted by Defendant.

14.     In fact, Plaintiff discovered the 2022 Model X had defects and problems after Plaintiff purchased the vehicle as discussed above.

15.     Plaintiff notified Manufacturer of the aforementioned defects.

16.     Plaintiff has provided the Manufacturer with sufficient opportunities to repair or replace the 2022 Model X.

17.     Plaintiff has reasonably met all obligations and pre-conditions as provided in the written warranty.

18.     The Manufacturer has failed to adequately repair the 2022 Model X and/or have not repaired the 2022 Model X within a reasonable amount of time.

6

19.    Even though the written warranty provided to Plaintiff limited Plaintiff's remedy to repair and/or adjust defective parts, the 2022 Model X's defects have rendered the limited warranty ineffective to the extent the limited remedy of repair and/or adjustment of defective parts failed of its essential purpose pursuant to MCLA 440.2719(2); MSA 19.2719(2); and/or the above remedy is not the exclusive remedy under MCLA 440.2719(1)(b); MSA 19.2719(1)(b).

20.    The 2022 Model X continues to contain defects which substantially impair the value of the automobile to the Plaintiff.

21.    These defects could not reasonably have been discovered by the Plaintiff prior to Plaintiff's acceptance of the 2022 Model X.

22.    The Manufacturer induced Plaintiff's acceptance of the 2022 Model X by agreeing, by means of the written warranties, to remedy, within a reasonable time, those defects which had not been or could not have been discovered prior to acceptance.

23.    As a result of its defective nature, the Plaintiff has lost faith and confidence in the 2022 Model X and the Plaintiff cannot reasonably rely upon the vehicle for the ordinary purpose of safe, efficient transportation.

24.    Plaintiff alleges that as of the date of revocation, the 2022 Model X was in substantially the same condition as at delivery except for damage caused by its own defects and ordinary wear and tear and seeks to return the vehicle to Defendant for a refund.

7

25. If the finder of fact finds revocation and/or return of the vehicle for a refund was improper, then, in the alternative, Plaintiff is entitled to damages for breach of warranty calculated by the difference at the time and place of acceptance between the value of the goods accepted and the value they would have had if they had been as warranted.

26. The Manufacturer has refused Plaintiff's demands and has failed to provide Plaintiff with the remedies to which Plaintiff is entitled, and Defendant's breach of written warranty obligations have damaged Plaintiff. (Including, but not limited to, MCLA 440.2313, MCLA 440.2601, MCLA 440.2607, MCLA 440.2608, MCLA 440.2711, 440.2714 and 440.2715).

WHEREFORE, Plaintiff prays for judgment against Manufacturer:

A. Declaring acceptance has been properly revoked by Plaintiff and for damages incurred in revoking acceptance;

B. For a refund of the purchase price paid by Plaintiff for the 2022 Model X;

C. To cancel Plaintiff's retail installment contract and pay off the balance of the contract;

D. For all damages caused by a Defendant's breach of written warranty;

E. Plaintiff's return of the vehicle for a refund to Defendant under Davis v Forest River, 485 Mich 941 (2009), and for damages incurred in revoking acceptance;

F. For incidental, consequential and actual damages;

G. For costs, interest and attorneys' fees; and

H. For such other relief this Court deems appropriate.

## COUNT II
## BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

27.     Plaintiff incorporates herein by reference each and every allegation
contained in Paragraphs 1 through 26 as though herein fully restated and realleged.

28.     The Manufacturer is a "merchant" with respect to automobiles and vehicle
components under the Michigan Uniform Commercial Code, MCLA 440.2104; MSA
19.2104.

29.     The 2022 Model X and the replacement parts installed on it were subject
to implied warranties of merchantability under MCLA 440.2314; MSA 19.2314, running
from the Manufacturer to the benefit of Plaintiff.

30.     The 2022 Model X and replacement parts installed on it were not fit for the
ordinary purpose for which such goods are used and would not pass without objection
in the trade.

31.     The defects and problems hereinbefore described rendered the 2022
Model X and the replacement parts unmerchantable.

32.     The Manufacturer failed to adequately remedy the defects in the 2022
Model X; and the 2022 Model X continued to be in an unmerchantable condition at the
time of revocation.

33.     Defendant's breach of an implied warranty of merchantability has caused
damages to Plaintiff.

WHEREFORE, Plaintiff prays for judgment against Manufacturer:

A.     Declaring acceptance has been properly revoked and for damages
incurred in revoking acceptance;

9

B.    For damages caused by the breach of an implied warranty;

C.    For a refund of the purchase price paid by Plaintiff for the 2022 Model X;

D.    To cancel Plaintiff's retail installment contract and pay off the balance of the contract;

E.    Plaintiff's return of the vehicle for a refund to Defendant under Davis v

Forest River, 485 Mich 941 (2009), and for damages incurred in revoking acceptance;

F.    For consequential, incidental and actual damages;

G.    Costs, interest and attorneys' fees; and

H.    Such other relief this Court deems appropriate.

## COUNT III
## BREACH OF CONTRACT

34.    Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 33 as though herein fully restated and realleged.

35.    Written warranties and implied warranties accompanied the sale of the 2022 Model X to Plaintiff.    Written warranties provided the Defendant would repair or adjust all parts (except tires) found to be defective in factory-supplied materials or workmanship.

36.    Additionally, each time the vehicle was serviced by a manufacturer authorized repair facility, the Defendant provided a written warranty that the repairs were properly performed and merchantable parts were used.

37.    The written warranties given by the Manufacturer at the time of sale and the vehicle's subsequent servicing created a contractual relationship between the Manufacturer and Plaintiff.

10

38. The Manufacturer has breached its contractual obligations to Plaintiff in that it has failed to properly repair or adjust defective parts covered under the written warranty within a reasonable time.

39. The Manufacturer has breached its contractual obligations to Plaintiff in that it has failed to properly provide a merchantable vehicle at the time of sale and/or has failed to provided merchantable replacement parts during the vehicle's subsequent servicing.

40. Plaintiff has been damaged by Defendant's breach of contractual obligations to Plaintiff.

WHEREFORE, Plaintiff prays for judgment against Defendant:

A. Damages incurred by Plaintiff created by Defendant's breach of contract, including all monies paid for the purchase of the 2022 Model X;

B. For return of an amount equal to Plaintiff's down payment and all payments made by Plaintiff to the Defendant;

C. For incidental, consequential, exemplary and actual damages;

D. To cancel Plaintiff's retail installment contract and pay off the balance of the contract;

E. Plaintiff's return of the vehicle for a refund to Defendant under Davis v Forest River, 485 Mich 941 (2009), and for damages incurred in revoking acceptance;

F. For all damages caused by Defendant's breach of its contractual obligation to Plaintiff.

G. For costs and expenses, interest, and attorneys' fees; and

H. Such other relief this Court deems appropriate.

11

## COUNT IV
## BREACH OF WRITTEN WARRANTY UNDER
## MAGNUSON-MOSS WARRANTY ACT

41.    Plaintiff incorporates herein by reference each and every allegation

contained in Paragraphs 1 through 40 as though herein fully restated and realleged.

42.    Plaintiff is a "consumer" as defined in the Magnuson-Moss Warranty Act

(hereinafter referred to as the "Warranty Act") 15 USC 2301(3).

43.    The Manufacturer is a "supplier" and "warrantor" as defined by the

Warranty Act, 15 USC 2301(4) and (5).

44.    The 2022 Model X is a "consumer product" as defined in the Warranty Act,

15 USC 2301(1).

45.    The 2022 Model X was manufactured, sold and purchased after July 4,

1975

46.    The written warranties given by the Manufacturer pertaining to the 2022

Model X are "written warranties" as defined in the Warranty Act, 15 USC 2301(6).

47.    The above-described actions, (including, but not limited to, failure to honor

the written warranty, failure to properly repair the vehicle and/or failure repair the above-

mentioned defects within a reasonable amount of time, etc.), constitute a breach of the

written warranty by the Manufacturer actionable under the Warranty Act, 15 USC

2310(d)(1) and (2).

WHEREFORE, Plaintiff prays for judgment against Manufacturer:

A.    Declaring acceptance has been properly revoked by Plaintiff and for

damages incurred in revoking acceptance;

B.    For a refund of the purchase price paid by Plaintiff for the 2022 Model X;

12

C. To cancel Plaintiff's retail installment contract and pay off the balance of the contract;

D. For all damages caused by Defendant's breach of written warranty;

E. Plaintiff's return of the vehicle for a refund to Defendant under <u>Davis v Forest River</u>, 485 Mich 941 (2009), and for damages incurred in revoking acceptance;

F. For consequential, incidental and damages;

G. For costs, interest and attorneys' fees; and

H. Such other relief this Court deems appropriate.

## COUNT V
## REVOCATION OF ACCEPTANCE

48. Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 47 as though herein fully restated and realleged.

49. Plaintiff accepted the 2022 Model X without discovering the above defects and/or nonconformities due to the fact Plaintiff was reasonably induced to accept the vehicle by the difficulty of discovery of the above defects and/or nonconformities.

50. In the alternative, Plaintiff reasonably assumed, and Manufacturer represented, that all of the aforesaid defects and/or nonconformities would be cured within a reasonable time.

51. After numerous attempts by Defendant to cure, it has become apparent the defects and/or nonconformities could not be seasonably cured.

52. The nonconformities and/or defects substantially impaired the value of the 2022 Model X to the Plaintiff.

13

53. Plaintiff has previously notified Manufacturer of the defects and/or nonconformities and Plaintiff's intent to revoke acceptance pursuant to MCLA 440.2608; MSA 19.2608 and demanded the refund of his purchase price for the 2022 Model X and out-of-pocket expenses. (Including, but not limited to, Plaintiff's revocation of acceptance letter attached as Exhibit C).

54. Manufacturer has nevertheless refused to accept return of the 2022 Model X and has refused to refund any part of the sum equal to the purchase price and out-of-pocket expenses incurred by Plaintiff.

WHEREFORE, Plaintiff prays for judgment against Manufacturer:

A. Declaring acceptance has been properly revoked by Plaintiff and for damages incurred in revoking acceptance;

B. For a refund of the purchase price paid by Plaintiff for the 2022 Model X;

C. To cancel Plaintiff's retail installment contract and pay off the balance of the contract;

D. For consequential, incidental and actual damages;

E. Plaintiff's return of the vehicle for a refund to Defendant under Davis v Forest River, 485 Mich 941 (2009), and for damages incurred in revoking acceptance;

F. Costs, interest and attorneys' fees; and

G. Such other relief this Court deems appropriate.

## COUNT VI
## BREACH OF IMPLIED WARRANTY UNDER
## MAGNUSON-MOSS WARRANTY ACT

55. Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 54 as though herein fully stated and realleged.

14

56. The above-described actions on the part of the Manufacturer constitute a breach of the implied warranties of merchantability actionable under the Warranty Act, 15 USC 2301(7), 2308, 2310(d)(1) and (2).

WHEREFORE, Plaintiff prays for judgment against Manufacturer:

A. Declaring acceptance has been properly revoked by Plaintiff and for damages incurred in revoking acceptance;

B. For a refund of the purchase price paid by Plaintiff for the 2022 Model X;

C. To cancel Plaintiff's retail installment contract and pay off the balance of the contract;

D. For damages caused by the breach of an implied warranty;

E. Plaintiff's return of the vehicle for a refund to Defendant under Davis v Forest River, 485 Mich 941 (2009), and for damages incurred in revoking acceptance;

F. For consequential, incidental and actual damages;

G. For costs, interest and attorneys' fees; and

H. Such other relief this Court deems appropriate.

### COUNT VII
### RESCISSION OF CONTRACT

57. Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 56 as though herein fully restated and realleged.

58. Written warranties and implied warranties accompanied the delivery of the 2022 Model X to Plaintiff. The written warranties provided that the Defendant would repair or adjust all parts (except tires) found to be defective in factory-supplied materials or workmanship.

15

59.     The sale of the vehicle and the written warranty, given by the
Manufacturer and created a contractual relationship between the Manufacturer and
Plaintiff.

60.     The Manufacturer has breached the written warranty contract obligations
in that it has failed to repair or adjust defective parts covered under the limited warranty,
has failed to do the same within the limited warranty coverage period, and within a
reasonable time.

61.     The Manufacturer has breached the implied warranty
contract obligations in that it has failed to provide a merchantable vehicle to Plaintiff.

62.     The Manufacturer's breaches of obligations owed to Plaintiff have resulted
in a failure of consideration justifying rescission of contract.

63.     Without a judicial declaration that the contract has been rescinded,
Plaintiff will suffer irreparable and substantial harm if the consideration paid by Plaintiff
and damages sustained by Plaintiff, together with interest, are not restored.

WHEREFORE, Plaintiff prays for judgment and the following relief against
Defendant:

A.      That this Court order a rescission of the sale contract by having the
Defendant refund all monies paid by Plaintiff, terminate the sale contract, requiring
Defendant to pay off the balance of the contract and all termination fees, and allowing
Plaintiff to return the 2022 Model X to the Defendant;

B.      For damages incurred by Plaintiff created by Defendant's breach of
contract, including, but not limited to all monies paid or amounts owed under the sale of
the 2022 Model X;

16

C.     For return of an amount equal to Plaintiff's down payment and all payments made by Plaintiff under the sale;

D.     For termination of the sale contract, requiring Defendant to pay off the balance of the contract and all termination fees;

E.     Plaintiff's return of the vehicle for a refund to Defendant under <u>Davis v Forest River</u>, 485 Mich 941 (2009), and for damages incurred in revoking acceptance;

F.     For incidental, consequential, exemplary and actual damages;

G.     For costs and expenses, interest, and attorneys' fees;

H.     To rescind the contract; and

I.     Such other equitable relief this Court deems appropriate.

                               Respectfully submitted,

                               CONSUMER LEGAL SERVICES, P.C.

By:

RONALD J. BOLZ P-43897
STEVEN S. TOTH P-44487
CHRISTOPHER A. WINKLER P-57431
TRAVIS L. SHACKELFORD P-68710
STEVEN S. TOTH JR P-83678
Attorneys for Plaintiff
30928 Ford Road
Garden City, MI 48135
(734) 261-4700

Dated: October 7, 2025

17

# Exhibit A

# ☰LAW 553-MI-ARB-e 9/24

## RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE
### (WITH ARBITRATION PROVISION)

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| TAHSINE MIKE BEYDOUN | Cell: N/A<br>Email: N/A | Tesla, Inc.<br>45500 Fremont Blvd.<br>Fremont, CA 94538 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| Used | 2022 | Tesla<br>Model X | 86696 | 7SAXCBE68NF342516 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $3,688.00 |
|---|---|---|---|---|
| 6.89 % | $ 11,178.48 | $ 49,200.00 | $ 60,378.48 (e) | $ 64,066.48 |

(e) means an estimate

**Your Payment Schedule Will Be:** (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 838.59 | Monthly beginning    07/10/2025 |
| N/A | $ N/A | N/A |
| | | N/A |

**Late Charge.** If payment is not received in full within ____10____ days after it is due, you will pay a late charge of $ ___15___ or ___5___ % of the part of the payment that is late, whichever is greater.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### WARRANTIES SELLER DISCLAIMS

**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

**Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**

formulario de la ventanilla deja sin efecto el contrato de venta.

**Notice: Customer should review the payment schedule to determine if the contract requires payments in equal amounts.**

☐ If this box is checked, the following late charge applies to vehicles purchased primarily for business or agricultural use.

If a payment is not received in full within _____N/A_____ days after it is due, you will pay a late charge of $ ___N/A___ or ___N/A___ % of the part of the payment that is late, whichever is less.

If this box is not checked, the late charge in the "Federal Truth-In-Lending Disclosures" still applies.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X  *TAHSINE MIKE BEYDOUN*          Co-Buyer Signs X ▬▬▬▬▬

*LAW 553-MI-ARB-e 9/24 v1*    Page 1 of 5

This retention copy was created on May 26, 2025 10:23:09 AM for Tesla, Inc..

**ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)**

1 Cash Price

A Taxable Part of Cash Price

| | |
|---|---|
| to Seller for Vehicle | $ 49,200.00 |
| to Seller for Accessories and Installation Charges | $ N/A |
| to Seller for Document Preparation Fee | $ N/A |
| to N/A for N/A | $ N/A |
| to N/A for N/A | $ N/A |
| to N/A for N/A | $ N/A |
| to N/A for N/A | $ N/A |
| Total Taxable Part of Cash Price | $ N/A |

B To Government Agencies for Sales Tax    $ 2,952.00

C Non-Taxable Part of Cash Price

| | |
|---|---|
| to N/A for N/A | $ N/A |
| to N/A for N/A | $ N/A |
| to N/A for N/A | $ N/A |
| to N/A for N/A | $ N/A |
| Total Non-Taxable Part of Cash Price | $ N/A |

Total Cash Price    $ 52,152.00 (1)

2 Total Downpayment =

Trade-in  N/A (Year)  N/A (Make)  N/A (Model)

| | |
|---|---|
| Gross Trade-In Allowance | $ 0.00 |
| Less Pay Off Made By Seller to    N/A | $ 0.00 |
| Equals Net Trade In | $ 0.00 |
| + Cash | $ 3,688.00 |
| + Other    FedEV Incentive | $ 0.00 |
| + Other    N/A | $ N/A |
| + Other    N/A | $ N/A |

(If total downpayment is negative, enter "0" and see 4H below)    $ 3,688.00 (2)

3 Unpaid Balance of Cash Price (1 minus 2)    $ 48,464.00 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf

A Cost of Optional Credit Insurance Paid to Insurance Company or Companies

| | |
|---|---|
| Life    $ N/A | |
| Disability    $ N/A | $ N/A |
| B Other Optional Insurance Paid to Insurance Company or Companies | $ N/A |
| C Optional Gap Contract | $ N/A |
| D Official Fees Paid to Government Agencies    N/A | $ N/A |
| E Government Taxes Not Included in Cash Price | $ N/A |
| F Government License Fees and/or Registration Fees | |
| Registration Fees | $ 736.00 |
| G Government Certificate of Title Fees | $ N/A |
| H Prior Credit or Lease Balance Paid to    N/A | $ N/A |

I Other Charges (Seller must identify who is paid and describe purpose.)

| | |
|---|---|
| to N/A for N/A | $ N/A |
| to N/A for N/A | $ N/A |
| to N/A for N/A | $ N/A |
| to N/A for N/A | $ N/A |
| to N/A for N/A | $ N/A |
| to N/A for N/A | $ N/A |
| to N/A for N/A | $ N/A |
| to N/A for N/A | $ N/A |
| to N/A for N/A | $ N/A |
| Total Other Charges and Amounts Paid to Others on Your Behalf | $ 736.00 (4) |

5 Amount Financed - Principal Balance (3 + 4)    $ 49,200.00 (5)

6 Finance Charge    $ 11,178.48 (6)

7 Total of Payments - Time Balance    $ 60,378.48 (7)

Payment Schedule: The payment schedule will be    72    installments of $    838.59    each,
monthly beginning    07/10/2025    , or if scheduled payments are irregular or uneven, as follows
N/A

---

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before _____ N/A _____ ,
Year _____ N/A _____ .
SELLER'S INITIALS _____ N/A _____

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown In Item 4C of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term   N/A   Mos.    N/A
                    Name of Gap Contract

I want to buy a gap contract.
Buyer Signs X    N/A

**Returned Payment Charge:** You agree to pay a charge of $25 if any check or other payment instrument you give us is dishonored.

**Electronic Contracting and Signature Acknowledgment.** You agree that (i) this contract is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract be legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

This retention copy was created on May 26, 2025 10:23:09 AM for Tesla, Inc..

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is authorized to sell insurance in Michigan. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

## Optional Credit Insurance

☐ Credit Life:    ☐ Buyer    ☐ Co-Buyer    ☐ Both          ☐ Credit Disability:    ☐ Buyer    ☐ Co-Buyer    ☐ Both

Premium:                                                   Premium:

Credit Life $ _____ N/A _____ Term _____ N/A          Credit Disability $ _____ N/A _____ Term _____ N/A

Insurance Company Name _____ N/A                Home Office Address _____ N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments.

## Other Optional Insurance

☐ _____ N/A _____    _____ N/A    Premium $ _____ N/A

                Type of Insurance                    Term

Insurance Company Name & Address _____ N/A

☐ _____ N/A _____    _____ N/A    Premium $ _____ N/A

                Type of Insurance                    Term

Insurance Company Name & Address _____ N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

**X** _____ N/A _____    _____ N/A    **X** _____ N/A _____    _____ N/A

Buyer Signature                              Date            Co-Buyer Signature                      Date

---

## OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. If all your scheduled payments are equal, we will give you at least 25 days after the final scheduled payment is due to pay any extra amount you owe because you paid late. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

   e. **Your right to refinance a balloon payment.** A balloon payment is a scheduled payment that is larger than any of the substantially equal prior scheduled payments. If your final scheduled payment is a balloon payment, you have the right to enter into a new written agreement when it is due (refinance). You may refinance the balloon in equal installments over a reasonable period of time. During this period, you will also pay a finance charge on the unpaid balance computed using the Annual Percentage Rate on page 1 of this contract.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

This retention copy was created on May 26, 2025 10:23:09 AM for Tesla, Inc..

RN124677981-1748093476 This is a retention copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.

**c. Security Interest.**

You give us a security interest in:

- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

**d. Insurance you must have on the vehicle.**

You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or, if such coverage cannot be obtained, buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. If you fail to pay us, and if permitted by law, we may add the charge to the balance owing under this contract. We may increase the amount of your scheduled payment in order to amortize the charge by the time your final payment is due. As an alternative and, if you specifically agree, you may have a larger or balloon final payment, or the date of the final payment may be extended. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

**e. What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

## 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

**a. You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

If you pay late, we may also take the steps described below.

**b. You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:

- You do not pay any payment on time;
- You give false, incomplete, or misleading information during credit application;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

**c. You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay the attorney's fee and court costs as the law allows.

**d. We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your car has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

**e. How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle or earlier, if we notify you of an earlier date.

**f. We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

**g. What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

## 4. SERVICING AND COLLECTION CONTACTS

In consideration of our extension of credit to you, you agree to provide us your contact information for our servicing and collection purposes. You agree that we may use this information to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you. You agree to allow our agents and service providers to contact you as agreed above.

You agree that you will, within a reasonable time, notify us of any change in your contact information.

## 5. APPLICABLE LAW

Federal law and the law of Michigan apply to this contract.

## 6. NEGATIVE CREDIT REPORT NOTICE

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

This retention copy was created on May 26, 2025 10:23:09 AM for Tesla, Inc..

RN12467796 1-1748093478

Case 2:25-cv-13586-LJM-DRG ECF No. 1-2, PageID.48 Filed 11/11/25 Page 29 of 62

This is a retention copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.

## ARBITRATION PROVISION
### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. **EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN YOU AND US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.**
2. **IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.**
3. **DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.**

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, any allegation of waiver of rights under this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this Vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator only on an individual basis and not as a plaintiff in a collective or representative action, or a class representative or member of a class on any class claim. The arbitrator may not preside over a consolidated, representative, class, collective, injunctive, or private attorney general action. You expressly waive any right you may have to arbitrate a consolidated, representative, class, collective, injunctive, or private attorney general action. You or we may choose the American Arbitration Association (www.adr.org) or National Arbitration and Mediation (www.namadr.com) as the arbitration organization to conduct the arbitration. If you and we agree, you or we may choose a different arbitration organization. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this transaction was originated. We will pay the filing, administration, service, or case management fee and the arbitrator or hearing fee up to a maximum of $5,000, unless the law or the rules of the chosen arbitration organization require us to pay more: You and we will pay the filing, administration, service, or case management fee and the arbitrator or hearing fee over $5,000 in accordance with the rules and procedures of the chosen arbitration organization. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. §§ 1 et seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate any related or unrelated claims by filing any action in small claims court, or by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual or statutory public injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. You agree that you expressly waive any right you may have to a claim or dispute to be resolved on a class basis in court, or in arbitration. If a court or arbitrator finds that this class arbitration waiver is unenforceable for any reason with respect to a claim or dispute in which class allegations have been made, the rest of this Arbitration Provision shall also be unenforceable.

---

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

---

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs **X** _TAHSINE MIKE BEYDOUN_ Co-Buyer Signs **X** _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
**See the rest of this contract for other important agreements.**

Warning: The insurance afforded hereunder does not cover liability for injury to persons or damage to property of others, unless so indicated hereon.

**Notice To Buyer: Do not sign this contract in blank. You are entitled to 1 true copy of the contract you sign without charge. Keep it to protect your legal rights.**

---

Buyer Signs **X** _TAHSINE MIKE BEYDOUN_ Date _05/26/2025_ Co-Buyer Signs **X** _____ Date _N/A_
Buyer Printed Name _TAHSINE MIKE BEYDOUN_ Co-Buyer Printed Name _____
If the "business" use box is checked in "Primary Use for Which Purchased": Print Name _N/A_ Title _N/A_

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here **X** _N/A_ Address _N/A_
Seller signs Tesla, Inc. Date _05/26/2025_ By **X** _Tony Jones_ Title _President_

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read all pages of this contract, including the arbitration provision above, before signing below. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs **X** _TAHSINE MIKE BEYDOUN_ Date _05/26/2025_ Co-Buyer Signs **X** _____ Date _05/26/2025_

---

**LAW** FORM NO. 553-MI-ARB-e (REV. 8/24)
©2024 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.
*LAW 553-MI-ARB-e 9/24 v1* Page 5 of 5

This retention copy was created on May 26, 2025 10:23:09 AM for Tesla, Inc..

# Exhibit B



**Tesla Michigan, Inc.**
3530 Jackson Rd
Ann Arbor, MI, US 48103-1816
Ph.:
F171008

# Invoice

**SERVICE DEPARTMENT HOURS**
Mon-Fri 8:00 a.m. - 4:00 p.m
Saturday-Sunday Sat-Sun: Closed

B.M.V.R.# 49690675

| Invoice date | Invoice number |
|---|---|
| 11-Jun-2025 | 3000S0013390666 |
| **Due Date** | |
| 11-Jun-2025 | |
| **Date/Time Received** | **Date/Time Promised** |
| 10-Jun-2025 08:31:57 | 11-Jun-2025 17:00:41 |
| **Odometer In** | **Odometer Out** |
| 87834 Miles | 87847 Miles |
| **Ready Date** | |
| 11-Jun-2025 15:02:19 | |
| **Service Advisor** | |
| Jay Singh | |

## Paid

| Bill To | Mobile Phone | Additional Phone | | Vehicle Identification Number |
|---|---|---|---|---|
| Tahsine Beydoun | | | | 7SAXCBE68NF342516 |
| | **Year** | **Model** | **License Plate Number** | **Colour** |
| | 2022 | MODEL X | | Red Multi-Coat |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| 1 | **Concern:** Customer states: Noise & Vibration - Noise Type: Rattle Can Reproduce: Yes Reproduce By: At parking lot speed<br><br>**Repair Notes:** Technician inspected and confirmed a rattle noise from the steering wheel area at parking lot speeds. The noise was caused by the touchscreen clamshell. Technician removed and reinstalled the touchscreen to rework clamshell and resolve the issue. After the repair, the vehicle was tested and the rattle noise was no longer present.<br><br>**Correction: Interior Rattle Squeak Noise Diagnosis**<br>Technician: John W M286030<br><br><div align="right">Pay Type: Used Car Refurbishment</div> | <div align="right">0.00</div> |
| 2 | **Concern:** Customer states: Noise & Vibration - Noise Type: Rattle Can Reproduce: Yes Reproduce By: At parking lot speed<br><br>**Repair Notes:** Technician inspected and confirmed a rattle noise from the steering wheel area at parking lot speeds. The noise was caused by the touchscreen clamshell. Technician removed and reinstalled the touchscreen to rework clamshell and resolve the issue. After the repair, the vehicle was tested and the rattle noise was no longer present.<br><br>**Correction: Touchscreen (HW3) (Remove & Install) - Remove and Install**<br>Technician: John W M286030<br><br><div align="right">Pay Type: Used Car Repair</div> | <div align="right">0.00</div> |
| 3 | **Concern:** Customer states: Heating & A/C - The air coming from the vents has an extremely foul odor, similar to vomit. This started immediately after I purchased the vehicle from Tesla. It's unbearable and needs immediate attention. | <div align="right">0.00</div> |

**Repair Notes:** Technician inspected the vehicle and confirmed a foul odor from the vents, as reported by the customer. The issue was caused by the need for replacement of the cabin and HEPA filters. Technician replaced both the cabin and HEPA filters to resolve the odor problem. After the replacement, the technician verified that the air from the vents no longer had an odor.

**Correction: Filters - HEPA (Remove and Replace) - Remove and Replace**

Technician: John W M286030

**Parts Replaced or Added**

| Part | Quantity |
|---|---|
| SERVICE KIT, HEPA+CARBON FILTER(1647254-00-A) | 1.00 |

**Correction: Filter - Cabin (Remove & Replace) - Remove and Replace**

Technician: John W M286030

**Parts Replaced or Added**

| Part | Quantity |
|---|---|
| HVAC, CABIN FILTER(1688910-00-C) | 1.00 |

Pay Type: Used Car Refurbishment

---

**4**

**Concern:** Customer states: Seats - The rear driver-side seatbelt appears to be installed incorrectly —it is oriented in the opposite direction, making it difficult to use safely. Attached photo shows the issue.

**Repair Notes:** Confirmed buckle twisted on left rear seat. Un-twisted seat belt buckle. Concern resolved.

**Correction: Adjustment: Interior Trim**

Technician: John W M286030

Pay Type: Used Car Refurbishment

0.00

---

**5**

**Concern:** Check tire pressure and condition

**Repair Notes:** Performed an automated tire pressure check and adjusted as needed.

**Correction: Automated Tire Pressure Check (Adjustment Needed)**

Technician: John W M286030

Pay Type: Goodwill - Service

0.00

---

**6**

0.00

**Concern:** Customer states: Head Lights & Tail Lights - The driver-side tail light keeps accumulating condensation inside. This affects visibility and may indicate a sealing or moisture intrusion problem.

**Repair Notes:** The driver-side tail light was inspected the customer was educated on the difference

between normal condensation and leaks. Condensation is normal and if the condition "self-clears" the issue is considered normal. If there is water collecting or persistent condensation replacement will be necessary. The effectiveness of the education was confirmed through questions, ensuring the customer understands the condition of their vehicle's tail light.

**Correction: On Site – Education**
Technician: John W M286030

Pay Type: Goodwill - Service

---

**Concern:** Customer states: Noise & Vibration - Noise Type: Squeak Can Reproduce: Yes Reproduce By: Opening doors or trunk

**Repair Notes:** The customer reported a squeaking noise from the left front door, which was verified by the technician upon opening the door. The cause of the noise was identified as an issue with the front door drive unit on the left side. The technician adjusted the interior trim and replaced the left front door drive unit to resolve the issue. After the repair, the technician confirmed that the squeaking noise was no longer present when opening the door.

**Correction: Interior Rattle Squeak Noise Diagnosis**
Technician: John W M286030

**Correction: Adjustment: Interior Trim**
Technician: John W M286030

Pay Type: Used Car Refurbishment

0.00

---

**Concern:** Customer states: Noise & Vibration - Noise Type: Squeak Can Reproduce: Yes Reproduce By: Opening doors or trunk

**Repair Notes:** The customer reported a squeaking noise from the left front door, which was verified by the technician upon opening the door. The cause of the noise was identified as an issue with the front door drive unit on the left side. The technician adjusted the interior trim and replaced the left front door drive unit to resolve the issue. After the repair, the technician confirmed that the squeaking noise was no longer present when opening the door.

**Correction: Front Door Drive Unit - LH (Remove & Replace) - Remove and Replace**
Technician: John W M286030

**Parts Replaced or Added**

| Part | Quantity |
|---|---|
| FD DRIVE UNIT LEFT HAND(1501095-00-C) | 1.00 |

Pay Type: Used Car Repair

0.00

---

**Concern:** customer states: Okay thanks for that. I also wanted to mention that there is a noticeable wind noise coming from the driver's side when driving at freeway speeds, specifically between 40-70 mph. Please have that checked as well during the service

**Repair Notes:** Technician inspected and confirmed wind noise from the driver's side front door at freeway speeds. The issue was caused by a worn primary body seal. The technician replaced the

0.00

primary body seal on the left front door. After the repair, a road test verified that the wind noise was eliminated.
Noted vehicle also has excessive road noise present at 40mph and tapers off around 60mph due to non-OE approved tires installed without noise insulating foam. Recommend replacement of tires to OE standards to resolve.

**Correction: Moving Glass Wind Noise Diagnosis**
Technician: John W M286030

Pay Type: Used Car Refurbishment

| | |
|---|---|
| **10** | **Concern:** customer states: Okay thanks for that. I also wanted to mention that there is a noticeable wind noise coming from the driver's side when driving at freeway speeds, specifically between 40-70 mph. Please have that checked as well during the service |

**Repair Notes:** Technician inspected and confirmed wind noise from the driver's side front door at freeway speeds. The issue was caused by a worn primary body seal. The technician replaced the primary body seal on the left front door. After the repair, a road test verified that the wind noise was eliminated.
Noted vehicle also has excessive road noise present at 40mph and tapers off around 60mph due to non-OE approved tires installed without noise insulating foam. Recommend replacement of tires to OE standards to resolve.

**Correction: Seal - Body - Side - Front - Primary - LH (Remove & Replace) - Remove and Replace**
Technician: John W M286030

**Parts Replaced or Added**

| Part | Quantity |
|---|---|
| PRIMARY BODY SEAL - FRONT - LEFT HAND(1459235-00-F) | 1.00 |

Pay Type: Used Car Repair

0.00

---

**11**   135.00

**Concern:** over the counter sale for wheel inserts

**Repair Notes:** Customer purchased a new turbine aero insert kit over the counter.

| **Correction: Parts Counter Sales Outside of Network (Over the Counter Sales)** | Labor Hours | Price | Adjustment | Subtotal |
|---|---|---|---|---|
| Technician: | 0.00 | 0.00 | 0.00 | 0.00 |

**Parts Replaced or Added**

| Part | Quantity | Unit Price | Price | Adjustment | Subtotal |
|---|---|---|---|---|---|
| NEW TURBINE AERO INSERT KIT(1620281-00-B) | 1.00 | 135.00 | 135.00 | 0.00 | 135.00 |

Parts Subtotal 135.00

Pay Type: Customer Pay

| | | | |
|---|---|---|---|
| | **Total Parts Amount**  135.00<br>**Total Labor Amount**  0.00<br>**Labor Hours**       0.00 | | |
| 12 | **Concern:** customer states: Also please add, the rear driver-side seat makes a noticeable squeaking noise while driving.<br><br>**Repair Notes:** Technician inspected and verified a squeaking noise from the rear driver-side seat during a test drive. The noise was caused by loose racetrack trim on the left side. Technician removed and reinstalled the rear left racetrack trim to secure it properly. After the repair, a follow-up test drive confirmed that the squeaking noise was eliminated.<br><br>**Correction: Interior Rattle Squeak Noise Diagnosis**<br>Technician: John W M286030<br><br>Pay Type: Used Car Refurbishment | | 0.00 |
| 13 | **Concern:** customer states: Also please add, the rear driver-side seat makes a noticeable squeaking noise while driving.<br><br>**Repair Notes:** Technician inspected and verified a squeaking noise from the rear driver-side seat during a test drive. The noise was caused by loose racetrack trim on the left side. Technician removed and reinstalled the rear left racetrack trim to secure it properly. After the repair, a follow-up test drive confirmed that the squeaking noise was eliminated.<br><br>**Correction: Racetrack Trim - Rear - LH (Remove & Install) - Remove and Install**<br>Technician: John W M286030<br><br>Pay Type: Used Car Repair | | 0.00 |
| 14 | **Concern:** Customer states: Window Function - When lowering the driver-side window, there's a strange noise coming from inside the door panel. It only happens when the window is going down, not up. Please inspect for any loose components or mechanical issues.<br><br>**Repair Notes:** The technician inspected the vehicle and verified a strange noise from the driver-side door panel when lowering the window. The noise was caused by the window regulator needing adjustment. The technician adjusted the moving glass and replaced the front left window regulator. After the repair, the technician tested the window operation and confirmed the noise was no longer present.<br><br>**Correction: Adjustment: Moving Glass**<br>Technician: John W M286030<br><br>Pay Type: Used Car Refurbishment | | 0.00 |
| 15 | **Concern:** Customer states: Window Function - When lowering the driver-side window, there's a strange noise coming from inside the door panel. It only happens when the window is going down, not up. Please inspect for any loose components or mechanical issues.<br><br>**Repair Notes:** The technician inspected the vehicle and verified a strange noise from the driver-side door panel when lowering the window. The noise was caused by the window regulator needing adjustment. The technician adjusted the moving glass and replaced the front left window regulator. After the repair, the technician tested the window operation and confirmed the noise was | | 0.00 |

no longer present.

**Correction: Window Motor/Regulator Assembly - Front - LH (Remove & Replace) - Remove and Replace**

Technician: John W M286030

**Parts Replaced or Added**

| Part | Quantity |
|---|---|
| WINDOW REGULATOR - FRONT - LEFT HAND(1614126-98-E) | 1.00 |

Pay Type: Used Car Repair

Service Center hourly rate: USD 235

Notes: To assess your vehicle's Tire Wear and Condition, please see the Tire Care and Maintenance section from the digital Owner's Manual in your car.

All parts are new unless otherwise specified.

**Accepted Payment Methods:Major Credit Cards (Visa, Mastercard, AMEX, etc.), Debit Card, Cashier's Check**

You agree that:You are entitled to a price estimate for the repairs you have authorized. The repair price may be less than the estimate but shall not exceed (1) any price limited estimate or (2) any parts and labor estimate by more than 10%. Additional repairs may not be performed without your consent. This estimated price for authorized repairs will be honored if your vehicle is delivered to Tesla's facility within the time periodagreed to by you and Tesla. You may waive your right to a written estimate and require that you be notified if the price exceeds an amount you have specified. Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your vehicle including on streets, highways, or public roadways for the sole purpose of testing and/or inspection of repairs; Tesla may update your vehicle's software in the course of a repair or as part of the standard vehicle maintenance process per your owner's manual and New Vehicle Limited Warranty; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs, storage and other applicable fees; the vehicle owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged storage fees of $35/day from the fourth working day after you are notified that repairs on your vehicle are complete and that the vehicle is ready for pick up.

| | |
|---|---|
| Total Parts (USD) | 135.00 |
| Total Labor (USD) | 0.00 |
| Discount | 0.00 |
| **Subtotal (USD)** | 135.00 |
| Tax | 8.10 |
| Estimated Price (USD) | 1,501.89 |
| **Total Amount (USD)** | 143.10 |
| **Amount Due From Customer (USD)** | 0.00 |
| **Paid by Customer (USD)** | 143.10 |

Tesla disclaims all express or implied warranties with respect to any repairs or products used in repairs, except as may be set forth in your Tesla-issued New or Used Vehicle Limited Warranty, Tesla Parts, Body, and Paint Repair Limited Warranty or other extended service agreement. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla. Any parts (including tires/wheels) removed or replaced by Tesla during vehicle service will become the property of Tesla. However, at the time you authorize repairs, you may request to receive (subject to any applicable core charge, which you agree to pay) or inspect replaced parts (excluding inflatable restraint system components), except body shop repair parts and parts required to be returned to the manufacturer or a third party under a warranty, trade-in or exchange agreement, which will only be presented to you for examination and not returned.

I authorize the repair work, including parts, materials and labor, on my vehicle to be done pursuant to the terms and conditions as set forth in this service agreement document.

## Signature:                                    Date:


## FullName:

You further agree and acknowledge that:

- You have the right to inspect your vehicle on Tesla premises prior to payment.
- Tesla is not responsible for loss or damage to the vehicle or any articles left in the vehicle in case of fire, theft, hail, wind, or any other causes beyond its control;
- Tesla personnel will turn off any photo or video capturing devices, such as dashboard cameras, once they receive the vehicle in preparation for service and your vehicle's Tesla dash cam will be enabled when you pick up your Tesla from this Service visit;
- Labor charges are not based solely on actual service personnel's time but are aggregate prices for specific services or repairs, which may include flat rates based on industry manuals and vehicle condition;
- Waste storage and disposal fees are charged separately when applicable to specific services or repairs, and represent costs and profits to Tesla which are calculated based on average annualized costs across Tesla service facilities;
- Items purchased over the counter or online directly from Tesla may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied);
- Tesla-branded parts purchased directly from Tesla over-the-counter, online or purchased and installed by Tesla Service are covered under the Tesla Parts, Body, and Paint Repair Limited Warranty for a period of 12 months subject to the applicable terms, conditions and exclusions and available at https://www.tesla.com/support/vehicle-warranty;
- All charges for repairs, including labor, parts and materials furnished, are due and payable simultaneously with the return of your vehicle or prior to return upon the expiration of three (3) working days after notice has been sent by Tesla that the vehicle is ready;
- If applicable, you have the right to choose the licensed repair shop where the damage to your vehicle will be repaired;
- All crash parts supplied meet the standards used in manufacturing the original equipment replaced;
- If any repair, storage and other applicable fees remain unpaid for thirty (30) days after a request for payment, Tesla may pursue collection and you will be responsible for paying all reasonable attorney's fees and costs for such collection;
- If provided a loaner or rental vehicle, the vehicle must be returned within 24 hours of such notification or a daily usage rate of up to $100 USD and applicable fees will be charged until the return of such loaner vehicle;
- The repair work may not be completed prior to the date and time noted under Date/Time Promised and Tesla may adjust the estimated completion date upon notification to you and is not responsible for any delays caused by the unavailability of parts or parts shipments; and
- Tesla (and any of its subsidiaries) may contact you via emails, calls, SMS or other messages including through the Tesla app (collectively, "messages") to obtain authorization and provide updates regarding this Service visit and your vehicle. Standard SMS message and data rates may apply. You can withdraw your consent to receive automated SMS messages at any time by replying "STOP"or providing written notification to Tesla's customer representative.
- CERTIFICATION:All parts and repairs were furnished in compliance with Michigan Auto Repair Act P.A. 300.

**Tesla Representative Signature:**_____



**Tesla Michigan, Inc.**
3530 Jackson Rd
Ann Arbor,MI,US 48103-1816
Ph.: 2482419321
F171008

**Invoice**

**SERVICE DEPARTMENT HOURS**
Mon-Fri By Appointment
Saturday-Sunday By Appointment

B.M.V.R.# 49690675

| Invoice date | Invoice number |
|---|---|
| 23-Jun-2025 | 3000S0013499738 |
| **Due Date** | |
| 23-Jun-2025 | |
| **Date/Time Received** | **Date/Time Promised** |
| 23-Jun-2025 10:11:53 | 23-Jun-2025 10:15:00 |
| **Odometer In** | **Odometer Out** |
| 88403 Miles | Miles |
| **Ready Date** | |
| 23-Jun-2025 10:52:16 | |
| **Service Advisor** | |
| Julian Martin | |

**Paid**

| Bill To | | Mobile Phone | Additional Phone | | Vehicle Identification Number |
|---|---|---|---|---|---|
| Tom Beydoun | | +17347565506 | | | 7SAXCBE68NF342516 |
| | | **Year** | **Model** | **License Plate Number** | **Colour** |
| | | 2022 | MODEL X | | Red Multi-Coat |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| 1 | **Concern:** Check tire pressure and condition<br><br>**Repair Notes:** Tires nominal<br>Tire replacement recommended<br>Replacement: No<br>Tire rotation recommended<br>Rotation: No<br><br><br>**Correction: Check Tire Tread Depth**<br>Technician: Julian M<br><br><br>**Correction: Automated Tire Pressure Check (No Adjustment Needed)**<br>Technician: Julian M<br><br><br>Pay Type: Goodwill - Service | 0.00 |
| 2 | **Concern:** Customer States: Passenger Front wheel garnish is cracked and not sitting flush. Needs replacement.<br><br>**Repair Notes:** The customer reported that the passenger front wheel garnish was cracked and not sitting flush, which was verified upon inspection. The issue was caused by cosmetic damage to the fender garnish. The technician replaced the front right fender garnish and wheel fairing assembly to address the problem. After the replacement, the technician confirmed that the new garnish was properly installed and sitting flush.<br><br><br>**Correction: Fender Garnish and Wheel Fairing Assembly - Front - RH (Remove & Replace) - Remove and Replace**<br>Technician: Julian M<br><br><br>**Parts Replaced or Added** | 0.00 |

| Part | Quantity |
|---|---|
| ASSEMBLY FAIRING & GARNISH - FRONT RIGHT HAND(1608095-00-F) | 1.00 |

Pay Type: Used Car Refurbishment

Service Center hourly rate: USD 235
Notes: To assess your vehicle's Tire Wear and Condition, please see the Tire Care and Maintenance section from the digital Owner's Manual in your car.

All parts are new unless otherwise specified.

**Accepted Payment Methods:Major Credit Cards (Visa, Mastercard, AMEX, etc.), Debit Card, Cashier's Check**

You agree that:You are entitled to a price estimate for the repairs you have authorized. The repair price may be less than the estimate but shall not exceed (1) any price limited estimate or (2) any parts and labor estimate by more than 10%. Additional repairs may not be performed without your consent. This estimated price for authorized repairs will be honored if your vehicle is delivered to Tesla's facility within the time periodagreed to by you and Tesla. You may waive your right to a written estimate and require that you be notified if the price exceeds an amount you have specified. Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your vehicle including on streets, highways, or public roadways for the sole purpose of testing and/or inspection of repairs; Tesla may update your vehicle's software in the course of a repair or as part of the standard vehicle maintenance process per your owner's manual and New Vehicle Limited Warranty; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs, storage and other applicable fees; the vehicle owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged storage fees of $35/day from the fourth working day after you are notified that repairs on your vehicle are complete and that the vehicle is ready for pick up.

| | |
|---|---|
| Total Parts (USD) | 0.00 |
| Total Labor (USD) | 0.00 |
| Discount | 0.00 |
| **Subtotal (USD)** | 0.00 |
| Tax | 0.00 |
| Estimated Price (USD) | 0.00 |
| **Total Amount (USD)** | 0.00 |
| **Amount Due From Customer (USD)** | 0.00 |
| **Paid by Customer (USD)** | 0.00 |

Tesla disclaims all express or implied warranties with respect to any repairs or products used in repairs, except as may be set forth in your Tesla-issued New or Used Vehicle Limited Warranty, Tesla Parts, Body, and Paint Repair Limited Warranty or other extended service agreement. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla. Any parts (including tires/wheels) removed or replaced by Tesla during vehicle service will become the property of Tesla. However, at the time you authorize repairs, you may request to receive (subject to any applicable core charge, which you agree to pay) or inspect replaced parts (excluding inflatable restraint system components), except body shop repair parts and parts required to be returned to the manufacturer or a third party under a warranty, trade-in or exchange agreement, which will only be presented to you for examination and not returned.

I authorize the repair work, including parts, materials and labor, on my vehicle to be done pursuant to the terms and conditions as set forth in this service agreement document.

## Signature:                                                    Date:

## FullName:

You further agree and acknowledge that:

- You have the right to inspect your vehicle on Tesla premises prior to payment.
- Tesla is not responsible for loss or damage to the vehicle or any articles left in the vehicle in case of fire, theft, hail, wind, or any other causes beyond its control;
- Tesla personnel will turn off any photo or video capturing devices, such as dashboard cameras, once they receive the vehicle in preparation for service and your vehicle's Tesla dash cam will be enabled when you pick up your Tesla from this Service visit;
- Labor charges are not based solely on actual service personnel's time but are aggregate prices for specific services or repairs, which may include flat rates based on industry manuals and vehicle condition;

- Waste storage and disposal fees are charged separately when applicable to specific services or repairs, and represent costs and profits to Tesla which are calculated based on average annualized costs across Tesla service facilities;
- Items purchased over the counter or online directly from Tesla may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied);
- Tesla-branded parts purchased directly from Tesla over-the-counter, online or purchased and installed by Tesla Service are covered under the Tesla Parts, Body, and Paint Repair Limited Warranty for a period of 12 months subject to the applicable terms, conditions and exclusions and available at https://www.tesla.com/support/vehicle-warranty;
- All charges for repairs, including labor, parts and materials furnished, are due and payable simultaneously with the return of your vehicle or prior to return upon the expiration of three (3) working days after notice has been sent by Tesla that the vehicle is ready;
- If applicable, you have the right to choose the licensed repair shop where the damage to your vehicle will be repaired;
- All crash parts supplied meet the standards used in manufacturing the original equipment replaced;
- If any repair, storage and other applicable fees remain unpaid for thirty (30) days after a request for payment, Tesla may pursue collection and you will be responsible for paying all reasonable attorney's fees and costs for such collection;
- If provided a loaner or rental vehicle, the vehicle must be returned within 24 hours of such notification or a daily usage rate of up to $100 USD and applicable fees will be charged until the return of such loaner vehicle;
- The repair work may not be completed prior to the date and time noted under Date/Time Promised and Tesla may adjust the estimated completion date upon notification to you and is not responsible for any delays caused by the unavailability of parts or parts shipments; and
- Tesla (and any of its subsidiaries) may contact you via emails, calls, SMS or other messages including through the Tesla app (collectively, "messages") to obtain authorization and provide updates regarding this Service visit and your vehicle. Standard SMS message and data rates may apply. You can withdraw your consent to receive automated SMS messages at any time by replying "STOP" or providing written notification to Tesla's customer representative.
- CERTIFICATION: All parts and repairs were furnished in compliance with Michigan Auto Repair Act P.A. 300.

**Tesla Representative Signature:**_____



**Tesla Michigan, Inc.**
3530 Jackson Rd
Ann Arbor,MI,US 48103-1816
Ph.:
F171008

**Paid**

## Invoice

**SERVICE DEPARTMENT HOURS**
Mon-Fri 8:00 a.m. - 4:00 p.m
Saturday-Sunday Sat-Sun:Closed

B.M.V.R.# 49690675

| Invoice date | Invoice number |
|---|---|
| 30-Jul-2025 | 3000S0013868398 |
| **Due Date** | **PO Number** |
| 30-Jul-2025 | |
| **Date/Time Received** | **Date/Time Promised** |
| 28-Jul-2025 08:06:37 | 30-Jul-2025 17:00:43 |
| **Odometer In** | **Odometer Out** |
| 90601 Miles | 90622 Miles |
| **Ready Date** | |
| 30-Jul-2025 15:55:36 | |
| **Service Advisor** | |
| Jason Sakal | |

| Bill To | | | Mobile Phone | Additional Phone | | | Vehicle Identification Number |
|---|---|---|---|---|---|---|---|
| Tahsine Beydoun | | | | | | | 7SAXCBE68NF342516 |
| | | | **Year** | **Model** | **License Plate Number** | **Colour** | |
| | | | 2022 | MODEL X | | Red Multi-Coat | |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| 1 | **Concern:** Customer states: Other · Suspension - I've noticed the ride is very uncomfortable, especially over bumps. There are a lot of squeaky and creaky noises during the drive. I became more aware of it during a religious holiday when we don't play music, so the cabin was quiet, and the noises were very noticeable. It feels like something may be wrong with the suspension or other components affecting ride quality. Please inspect and address the issue.<br><br>**Repair Notes:** Added krytox to falcon wing door panels to eliminate rattle/squeak.<br><br>**Correction: Rear Suspension Noise Diagnosis**<br>Technician: Jordan H M293837<br><br>**Correction: Adjustment: Interior Trim**<br>Technician: Jordan H M293837<br><br>Pay Type: Used Car Repair | 0.00 |
| 2 | **Concern:** Check tire pressure and condition<br><br>**Repair Notes:** .<br><br>**Correction: Automated Tire Pressure Check (No Adjustment Needed)**<br>Technician: Jordan H M293837<br><br>Pay Type: Goodwill - Service | 0.00 |
| 3 | **Concern:** Customer states: Interior Trim - The interior trim on the driver's door isn't aligned properly. It looks like it's sticking out or not clipped in correctly. Please check and fix it. | 0.00 |

**Repair Notes:** Adjusted trim.

**Correction: Adjustment: Interior Trim**

Technician: Jordan H M293837

Pay Type: Goodwill - Service

---

**Concern:** Customer states: Noise & Vibration - Noise Type: Click Is the Noise Reproducible?: Yes Reproduce By: At parking lot speed

**Repair Notes:** Technician inspected and road tested the vehicle, verifying a clicking noise at parking lot speed. The noise was caused by dry halfshaft joints at the rear drive unit. Technician lubricated the halfshaft joints at both the right and left hubs to resolve the issue. After the lubrication, a road test confirmed that the clicking noise was no longer present.

**Correction: Front Suspension Noise Diagnosis**

Technician: Jordan H M293837

**Correction: Halfshaft - Rear Drive Unit - RH (Lubricate at Hub)**

Technician: Cody D

**Parts Replaced or Added**

| Part | Quantity |
| --- | --- |
| NUT,HF,M24X1.50, [STL],G1009(1532923-00-A) | 2.00 |

**Correction: Halfshaft - Rear Drive Unit - LH (Lubricate at Hub)**

Technician: Cody D

Pay Type: Used Car Repair

0.00

---

**5**

0.00

**Concern:** Customer states: Noise & Vibration - Noise Type: Air rushing or whistling Is the Noise Reproducible?: Yes Reproduce By: At highway speed Additional Notes (Optional): There was a previous wind noise that was fixed, but now has returned

**Repair Notes:** Technician road tested and inspected the vehicle, verifying the air rushing or whistling noise at highway speeds. The noise was caused by an issue with the left front door glass. Technician replaced the left front door glass to resolve the noise. After the replacement, a road test confirmed the noise was no longer present.

**Correction: Fixed Glass Wind Noise Diagnosis**

Technician: Jordan H M293837

**Correction: Fixed Glass - Front Door - LH (Remove & Replace) - Remove and Replace**

Technician: Jordan H M293837

**Parts Replaced or Added**

| Part | Quantity |
|------|----------|
| FRONT QUARTER GLASS ASSEMBLY WITH SEAL - LEFT HAND(1108157-00-H) | 1.00 |

Pay Type: Used Car Repair

---

**6**

**Concern:** Customer states: Other · Brakes - The brakes feel soft and not responsive when trying to stop. It doesn't feel like they're working well. Please check the braking system

**Repair Notes:** Performed test drive, unable to verify concern as brakes feel normal. Inspected brakes, all have good pad life with no issues found.

**Correction: Brake Pads and Rotors - Inspection**
Technician: Jordan H M293837

Pay Type: Goodwill - Service

0.00

---

**7**

0.00

**Concern:** Heavy acceleration vibration

**Repair Notes:** Technician road tested and inspected vehicle, verifying heavy acceleration vibration from the front suspension. The vibration was caused by worn halfshafts in the front drive unit. Technician replaced both the right and left front halfshafts to resolve the issue. After replacement, a road test confirmed the vibration was eliminated and the vehicle operates smoothly.

**Correction: Front Suspension Noise Diagnosis**
Technician: Jordan H M293837

**Correction: Halfshaft - Front Drive Unit - RH (Remove & Replace) - Remove and Replace**
Technician: Cody D

**Parts Replaced or Added**

| Part | Quantity |
|------|----------|
| NUT,HF,M10X1.25, [10],ZNNI[B],PTP(1659754-00-A) | 1.00 |
| HALFSHAFT ASSY, FR, RIGHT HAND(1420119-00-B) | 1.00 |
| NUT,HF,M10-1.5, [10],ZNNI,PTP(1111145-00-A) | 1.00 |
| WASHER SAFETY M24X39(1020296-00-B) | 1.00 |

**Correction: Halfshaft - Front Drive Unit - LH (Remove & Replace) - Remove and Replace**
Technician: Cody D

**Parts Replaced or Added**

| Part | Quantity |
|------|----------|

| | |
|---|---|
| NUT,HF,M10X1.25, [10],ZNNI[B],PTP(1659754-00-A) | 1.00 |
| NUT,HF,M24X1.50, [STL],G1009(1532923-00-A) | 1.00 |
| HALFSHAFT ASSY, FR, LEFT HAND(1420113-00-B) | 1.00 |
| NUT,HF,M10-1.5, [10],ZNNI,PTP(1111145-00-A) | 1.00 |
| LUG NUT M14x1.5(1027002-00-B) | 2.00 |
| WASHER SAFETY M24X39(1020296-00-B) | 2.00 |

**Correction: Perform Post-Repair Validation Test Drive**

Technician: Cody D

Pay Type: Used Car Repair

---

**8**

**Concern: RH Fender Trim**

**Repair Notes:** The right front fender garnish was found loose and not properly seated, as reported by the customer and verified during inspection. The issue was caused by improper initial installation. The right front fender garnish was removed and replaced to secure it properly. After the replacement, a final inspection confirmed that the fender garnish is now correctly seated and secure.

**Correction: Fender Garnish and Wheel Fairing Assembly - Front - RH (Remove & Replace) - Remove and Replace**

Technician: Jordan H M293837

**Parts Replaced or Added**

| Part | Quantity |
|---|---|
| ASSEMBLY FAIRING & GARNISH - FRONT RIGHT HAND(1608095-00-F) | 1.00 |

Pay Type: Parts Warranty          0.00

---

Service Center hourly rate: USD 235

Notes: To assess your vehicle's Tire Wear and Condition, please see the Tire Care and Maintenance section from the digital Owner's Manual in your car.

All parts are new unless otherwise specified.

**Accepted Payment Methods:Major Credit Cards (Visa, Mastercard, AMEX, etc.), Debit Card, Cashier's Check**

You agree that:You are entitled to a price estimate for the repairs you have authorized. The repair price may be less than the estimate but shall not exceed (1) any price limited estimate or (2) any parts and labor estimate by more than 10%. Additional repairs may not be performed without your consent. This estimated price for authorized repairs will be honored if your vehicle is delivered to Tesla's facility within the time periodagreed to by you and Tesla. You may waive your right to a written estimate and require that you be

| | |
|---|---|
| Total Parts (USD) | 0.00 |
| Total Labor (USD) | 0.00 |
| Discount | 0.00 |
| Subtotal (USD) | 0.00 |
| Tax | 0.00 |
| Estimated Price (USD) | 540.50 |
| Total Amount (USD) | 0.00 |

notified if the price exceeds an amount you have specified. Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your vehicle including on streets, highways, or public roadways for the sole purpose of testing and/or inspection of repairs; Tesla may update your vehicle's software in the course of a repair or as part of the standard vehicle maintenance process per your owner's manual and New Vehicle Limited Warranty; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs, storage and other applicable fees; the vehicle owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged storage fees of $35/day from the fourth working day after you are notified that repairs on your vehicle are complete and that the vehicle is ready for pick up.

| Amount Due From Customer (USD) | 0.00 |
| Paid by Customer (USD) | 0.00 |

Tesla disclaims all express or implied warranties with respect to any repairs or products used in repairs, except as may be set forth in your Tesla-issued New or Used Vehicle Limited Warranty, Tesla Parts, Body, and Paint Repair Limited Warranty or other extended service agreement. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla. Any parts (including tires/wheels) removed or replaced by Tesla during vehicle service will become the property of Tesla. However, at the time you authorize repairs, you may request to receive (subject to any applicable core charge, which you agree to pay) or inspect replaced parts (excluding inflatable restraint system components), except body shop repair parts and parts required to be returned to the manufacturer or a third party under a warranty, trade-in or exchange agreement, which will only be presented to you for examination and not returned.

I authorize the repair work, including parts, materials and labor, on my vehicle to be done pursuant to the terms and conditions as set forth in this service agreement document.

## Signature:                                                    Date:

## FullName:

You further agree and acknowledge that:

- You have the right to inspect your vehicle on Tesla premises prior to payment.
- Tesla is not responsible for loss or damage to the vehicle or any articles left in the vehicle in case of fire, theft, hail, wind, or any other causes beyond its control;
- Tesla personnel will turn off any photo or video capturing devices, such as dashboard cameras, once they receive the vehicle in preparation for service and your vehicle's Tesla dash cam will be enabled when you pick up your Tesla from this Service visit;
- Labor charges are not based solely on actual service personnel's time but are aggregate prices for specific services or repairs, which may include flat rates based on industry manuals and vehicle condition;
- Waste storage and disposal fees are charged separately when applicable to specific services or repairs, and represent costs and profits to Tesla which are calculated based on average annualized costs across Tesla service facilities;
- Items purchased over the counter or online directly from Tesla may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied);
- Tesla-branded parts purchased directly from Tesla over-the-counter, online or purchased and installed by Tesla Service are covered under the Tesla Parts, Body, and Paint Repair Limited Warranty for a period of 12 months subject to the applicable terms, conditions and exclusions and available at https://www.tesla.com/support/vehicle-warranty;
- All charges for repairs, including labor, parts and materials furnished, are due and payable simultaneously with the return of your vehicle or prior to return upon the expiration of three (3) working days after notice has been sent by Tesla that the vehicle is ready;
- If applicable, you have the right to choose the licensed repair shop where the damage to your vehicle will be repaired;
- All crash parts supplied meet the standards used in manufacturing the original equipment replaced;
- If any repair, storage and other applicable fees remain unpaid for thirty (30) days after a request for payment, Tesla may pursue collection and you will be responsible for paying all reasonable attorney's fees and costs for such collection;
- If provided a loaner or rental vehicle, the vehicle must be returned within 24 hours of such notification or a daily usage rate of up to $100 USD and applicable fees will be charged until the return of such loaner vehicle;
- The repair work may not be completed prior to the date and time noted under Date/Time Promised and Tesla may adjust the estimated completion date upon notification to you and is not responsible for any delays caused by the unavailability of parts or parts shipments; and
- Tesla (and any of its subsidiaries) may contact you via emails, calls, SMS or other messages including through the Tesla app (collectively, "messages") to obtain authorization and provide updates regarding this Service visit and your vehicle. Standard SMS message and data rates may apply. You can withdraw your consent to receive automated SMS messages at any time by replying "STOP"or providing written notification to Tesla's customer representative.
- CERTIFICATION:All parts and repairs were furnished in compliance with Michigan Auto Repair Act P.A. 300.

**Tesla Representative Signature:**_____



**Tesla Michigan, Inc.**
3530 Jackson Rd
Ann Arbor,MI,US 48103-1816
Ph.: 734 887 7853
F171008

**Invoice**

**SERVICE DEPARTMENT HOURS**
Mon-Fri 8:00 a.m. - 4:00 p.m
Saturday-Sunday Sat-Sun:Closed

B.M.V.R.# 49690675

| Invoice date | Invoice number |
|---|---|
| 21-Aug-2025 | 3000S0014096125 |
| **Due Date** | **PO Number** |
| 21-Aug-2025 | |
| **Date/Time Received** | **Date/Time Promised** |
| 15-Aug-2025 09:18:31 | 21-Aug-2025 16:30:03 |
| **Odometer In** | **Odometer Out** |
| 91816 Miles | 91873 Miles |
| **Ready Date** | |
| 21-Aug-2025 15:44:43 | |
| **Service Advisor** | |
| Jason Sakal | |

## Paid

| Bill To | |
|---|---|
| Tahsine Beydoun | |

| Mobile Phone | Additional Phone | | Vehicle Identification Number |
|---|---|---|---|
| | | | 7SAXCBE68NF342516 |
| **Year** | **Model** | **License Plate Number** | **Colour** |
| 2022 | MODEL X | | Red Multi-Coat |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| 1 | **Concern:** Customer states: Noise & Vibration - Noise Type: Rattle Is the Noise Reproducible?: Yes Reproduce By: Bumpy roads, speed bumps, or rail tracks Additional Notes (Optional): There's a rattling sound coming from the driver's side when going over bumps. Please inspect and resolve the source of the noise.<br><br>**Repair Notes:** Technician road tested and inspected the vehicle, verifying a rattling noise from the rear when going over bumps. The noise was caused by worn rear suspension links. Technician replaced the rear lower aft links on both sides and installed new rear upper aft links, then performed a four-wheel alignment check and adjustment. After the repair, the vehicle was road tested again, confirming the rattling noise was resolved.<br><br>**Correction: Rear Suspension Noise Diagnosis**<br>Technician: Michael P M302759<br><br>**Correction: Link - Aft - Upper - Rear - RH (Remove & Install) - Remove and Install**<br>Technician: Michael P M302759<br><br>**Parts Replaced or Added** | 0.00 |

**Part**            **Quantity**

REAR UPPER AFT LINK      1.00
ASSEMBLY - RIGHT
HAND(1420426-00-B)

**Correction: Link - Aft - Upper - Rear - LH (Remove & Install) - Remove and Install**
Technician: Michael P M302759

**Parts Replaced or Added**

**Part**            **Quantity**

REAR UPPER AFT LINK        1.00
ASSEMBLY - LEFT
HAND(1420428-00-B)

**Correction: Link - Aft - Lower - Rear - LH (Remove & Replace) - Remove and Replace**
Technician: Michael P M302759

**Parts Replaced or Added**

| Part | Quantity |
|------|----------|
| REAR LOWER AFT LINK(1420452-00-E) | 1.00 |

**Correction: Link - Aft - Lower - Rear - RH (Remove & Replace) - Remove and Replace**
Technician: Michael P M302759

**Parts Replaced or Added**

| Part | Quantity |
|------|----------|
| REAR LOWER AFT LINK(1420452-00-E) | 1.00 |

Pay Type: Used Car Repair

---

**2**

**Concern:** Check tire pressure and condition

**Repair Notes:** Automated tire pressure check performed; no adjustments were needed.

**Correction: Automated Tire Pressure Check (No Adjustment Needed)**
Technician: Michael P M302759

Pay Type: Goodwill - Service

0.00

---

**3**

**Concern:** Replace Flood Port Plungers

**Repair Notes:** Technician replaced the flood port plungers as per the service bulletin.

**Correction: Replace Flood Port Plungers - Remove and Replace**
Technician: Michael P M302759

**Parts Replaced or Added**

| Part | Quantity |
|------|----------|
| FLOOD PORT 2.0 - CORE(2182887-00-C) | 5.00 |

Pay Type: HV Battery Limited Warranty

0.00

---

**4**                      0.00

**Concern:** Replace HV Battery Umbrella Valves

**Repair Notes:** Replaced HV Battery Umbrella Valves as per the service bulletin.

**Correction: Replace HV Battery Umbrella Valves - Remove and Replace**

Technician: Michael P M302759

**Parts Replaced or Added**

| Part | Quantity |
|---|---|
| THERMAL VENT, ENCLOSURE(1667216-00-D) | 5.00 |

Pay Type: HV Battery Limited Warranty

---

**5**

**Concern:** Customer states: Seats - When the backseat on the driver's side moves forward, the small piece of carpet underneath doesn't move with it. It gets pushed in and makes it look like a piece is missing. Please check and fix

**Repair Notes:** Technician inspected the vehicle and verified that the carpet under the driver's side backseat was not moving with the seat, causing it to bunch up. The issue was due to the carpet not being properly secured to the seat's movement mechanism. The technician adjusted the interior trim, removed and reinstalled the left second-row seat slider, and the rear second-row floor panel to properly secure the carpet. After the adjustments, the carpet now moves correctly with the seat, ensuring a neat appearance.

**Correction: Adjustment: Interior Trim**

Technician: Michael P M302759

**Correction: Slider - Seat - 2nd Row - LH (6 Seat) (Remove & Install) - Remove and Install**

Technician: Michael P M302759

**Correction: Floor Panel - 2nd Row - Rear (Remove & Install) - Remove and Install**

Technician: Michael P M302759

**Parts Replaced or Added**

| Part | Quantity |
|---|---|
| MAGIC CARPET GEN 2(1094701-00-B) | 1.00 |
| CARPET, REAR PLATE, SECOND ROW SEAT(1060864-00-B) | 1.00 |

Pay Type: Used Car Repair

0.00

---

**6**

0.00

**Concern:** Customer states: Other · Suspension - The car tends to wander a lot while driving and requires frequent corrections to stay straight. The ride quality is still extremely harsh and uncomfortable. Please inspect the suspension and steering components for possible issues and address anything that could improve stability and comfort.

**Repair Notes:** Rear suspension links replaced along with four wheel alignment.

**Correction: Front Suspension Noise Diagnosis**

Technician: Michael P M302759

**Correction: Four Wheel Alignment Check and Adjust**

Technician: John W M286030

Pay Type: Used Car Repair

| | |
|---|---|

**7**

**Concern:** During pre-alignment inspection, found LF tire severely damaged on outer sidewall. Tire replacement necessary.

**Repair Notes:** Technician inspected the vehicle and confirmed a severe damage on the outer sidewall of the left front tire. Technician replaced both front tires to ensure safety and performance. The repair was validated by confirming no TPMS issues and ensuring the vehicle's safe operation.

**Correction: Tires - Front - Set**

Technician: Brandon K M297017

**Parts Replaced or Added**

| Part | Quantity |
|---|---|
| TIRE, 265/35R22 102Y XL PIRELLI ALL SEASON T0, FRONT(1620243-00-A) | 2.00 |
| TIRE DISPOSAL FEE(1025331-00-A) | 2.00 |

Pay Type: Used Car Repair

0.00

**8**

0.00

**Concern:** During alignment, technician noted front left inner CV boot is no longer containing CV grease.

**Repair Notes:** Technician inspected the vehicle during alignment and verified that the front left inner CV boot was leaking grease. The issue was caused by a tear on the CV boot. Technician replaced the front left halfshaft assembly to resolve the problem. After the replacement, the technician confirmed that the CV boot was no longer leaking grease.

**Correction: Halfshaft - Front Drive Unit - LH (Remove & Replace) - Remove and Replace**

Technician: Brandon K M297017

**Parts Replaced or Added**

| Part | Quantity |
|---|---|
| NUT,HF,M10X1.25, [10],ZNNI[B],PTP(1659754-00-A) | 1.00 |
| NUT,HF,M24X1.50, [STL],G1009(1532923-00-A) | 1.00 |
| HALFSHAFT ASSY, FR, LEFT HAND(1420113-00-B) | 1.00 |
| NUT,HF,M10-1.5, [10],ZNNI,PTP(1111145-00-A) | 1.00 |
| WASHER SAFETY M24X39(1020296-00-B) | 1.00 |

4 of 6

| | | | | |
|---|---|---|---|---|
| | TIE, ARROWHEAD DOMED PUSH MNT WITH SEAL(1008327-00-A) | 1.00 | | |
| | NUT HFPT M14-2.00 [10] ZnNi-W(1004356-00-B) | 1.00 | | |
| | | | Pay Type: Used Car Repair | |
| 9 | **Concern:** During alignment, technician noted front left inner CV boot is no longer containing CV grease. **Repair Notes:** Technician inspected the vehicle during alignment and verified that the front left inner CV boot was leaking grease. The issue was caused by a tear on the CV boot. Technician replaced the front left halfshaft assembly to resolve the problem. After the replacement, the technician confirmed that the CV boot was no longer leaking grease. **Correction: Perform Post-Repair Validation Test Drive** Technician: Brandon K M297017 | | | |
| | | | Pay Type: Drive Unit Limited Warranty | 0.00 |

Service Center hourly rate: USD 235
Notes: To assess your vehicle's Tire Wear and Condition, please see the Tire Care and Maintenance section from the digital Owner's Manual in your car.

All parts are new unless otherwise specified.

**Accepted Payment Methods:Major Credit Cards (Visa, Mastercard, AMEX, etc.), Debit Card, Cashier's Check**

You agree that You are entitled to a price estimate for the repairs you have authorized. The repair price may be less than the estimate but shall not exceed (1) any price limited estimate or (2) any parts and labor estimate by more than 10%. Additional repairs may not be performed without your consent. This estimated price for authorized repairs will be honored if your vehicle is delivered to Tesla's facility within the time period agreed to by you and Tesla. You may waive your right to a written estimate and require that you be notified if the price exceeds an amount you have specified. Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your vehicle including on streets, highways, or public roadways for the sole purpose of testing and/or inspection of repairs; Tesla may update your vehicle's software in the course of a repair or as part of the standard vehicle maintenance process per your owner's manual and New Vehicle Limited Warranty; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs, storage and other applicable fees; the vehicle owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged storage fees of $35/day from the fourth working day after you are notified that repairs on your vehicle are complete and that the vehicle is ready for pick up.

| | |
|---|---|
| Total Parts (USD) | 0.00 |
| Total Labor (USD) | 0.00 |
| Discount | 0.00 |
| **Subtotal (USD)** | 0.00 |
| Tax | 0.00 |
| Estimated Price (USD) | 978.88 |
| **Total Amount (USD)** | 0.00 |
| **Amount Due From Customer (USD)** | 0.00 |
| **Paid by Customer (USD)** | 0.00 |

Tesla disclaims all express or implied warranties with respect to any repairs or products used in repairs, except as may be set forth in your Tesla-issued New or Used Vehicle Limited Warranty, Tesla Parts, Body, and Paint Repair Limited Warranty or other extended service agreement. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla. Any parts (including tires/wheels) removed or replaced by Tesla during vehicle service will become the property of Tesla. However, at the time you authorize repairs, you may request to receive (subject to any applicable core charge, which you agree to pay) or inspect replaced parts (excluding inflatable restraint system components), except body shop repair parts and parts required to be returned to the manufacturer or a third party under a warranty, trade-in or exchange agreement, which will only be presented to you for examination and not returned.

I authorize the repair work, including parts, materials and labor, on my vehicle to be done pursuant to the terms and conditions as set forth in this service agreement document.

**Signature:**                                        **Date:**

**FullName:**

You further agree and acknowledge that:

- You have the right to inspect your vehicle on Tesla premises prior to payment.
- Tesla is not responsible for loss or damage to the vehicle or any articles left in the vehicle in case of fire, theft, hail, wind, or any other causes beyond its control;
- Tesla personnel will turn off any photo or video capturing devices, such as dashboard cameras, once they receive the vehicle in preparation for service and your vehicle's Tesla dash cam will be enabled when you pick up your Tesla from this Service visit;
- Labor charges are not based solely on actual service personnel's time but are aggregate prices for specific services or repairs, which may include flat rates based on industry manuals and vehicle condition;
- Waste storage and disposal fees are charged separately when applicable to specific services or repairs, and represent costs and profits to Tesla which are calculated based on average annualized costs across Tesla service facilities;
- Items purchased over the counter or online directly from Tesla may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied);
- Tesla-branded parts purchased directly from Tesla over-the-counter, online or purchased and installed by Tesla Service are covered under the Tesla Parts, Body, and Paint Repair Limited Warranty for a period of 12 months subject to the applicable terms, conditions and exclusions and available at https://www.tesla.com/support/vehicle-warranty;
- All charges for repairs, including labor, parts and materials furnished, are due and payable simultaneously with the return of your vehicle or prior to return upon the expiration of three (3) working days after notice has been sent by Tesla that the vehicle is ready;
- If applicable, you have the right to choose the licensed repair shop where the damage to your vehicle will be repaired;
- All crash parts supplied meet the standards used in manufacturing the original equipment replaced;
- If any repair, storage and other applicable fees remain unpaid for thirty (30) days after a request for payment, Tesla may pursue collection and you will be responsible for paying all reasonable attorney's fees and costs for such collection;
- If provided a loaner or rental vehicle, the vehicle must be returned within 24 hours of such notification or a daily usage rate of up to $100 USD and applicable fees will be charged until the return of such loaner vehicle;
- The repair work may not be completed prior to the date and time noted under Date/Time Promised and Tesla may adjust the estimated completion date upon notification to you and is not responsible for any delays caused by the unavailability of parts or parts shipments; and
- Tesla (and any of its subsidiaries) may contact you via emails, calls, SMS or other messages including through the Tesla app (collectively, "messages") to obtain authorization and provide updates regarding this Service visit and your vehicle. Standard SMS message and data rates may apply. You can withdraw your consent to receive automated SMS messages at any time by replying "STOP" or providing written notification to Tesla's customer representative.
- CERTIFICATION: All parts and repairs were furnished in compliance with Michigan Auto Repair Act P.A. 300.

**Tesla Representative Signature:**_____



**Tesla Michigan, Inc.**
3530 Jackson Rd
Ann Arbor,MI,US 48103-1816
Ph.: 734 887 7853
F171008

**TESLA**

# Invoice

**SERVICE DEPARTMENT HOURS**
Mon-Fri 8:00 a.m. - 4:00 p.m
Saturday-Sunday Sat-Sun:Closed

B.M.V.R.# 49690675

| Invoice date | Invoice number |
|---|---|
| 03-Oct-2025 | 3000S0014545446 |
| **Due Date** | **PO Number** |
| 03-Oct-2025 | |
| **Date/Time Received** | **Date/Time Promised** |
| 29-Sep-2025 08:52:51 | 03-Oct-2025 16:30:04 |
| **Odometer In** | **Odometer Out** |
| 93668 Miles | 93679 Miles |
| **Ready Date** | |
| | |
| **Service Advisor** | |
| Matthew Westrick | |

**Paid**

| Bill To | | Mobile Phone | Additional Phone | Vehicle Identification Number |
|---|---|---|---|---|
| Tom Beydoun | | | | 7SAXCBE68NF342516 |

| | | Year | Model | License Plate Number | Colour |
|---|---|---|---|---|---|
| | | 2022 | MODEL X | | Red Multi-Coat |

| Job Number | Description Of Work | | | | | Amount (USD) |
|---|---|---|---|---|---|---|
| 1 | **Concern:** Customer states: Alerts - Driver Assistance - Automatic Emergency Braking is unavailable/Feature may be restored on next drive Detected August 24, 2025 **Repair Notes:** Issue was related to the malfunction in the car computer **Correction: No Labor Performed - Part Replaced** Technician: Brandon K M297017 | Labor Hours  0.00 | Price  0.00 | Adjustment  0.00 | Subtotal  0.00  Pay Type: Customer Pay | |
| | Total Parts Amount  0.00  Total Labor Amount  0.00  Labor Hours  0.00 | | | | | 0.00 |
| 2 | **Concern:** Customer states: Cameras & Sensors - I am experiencing an issue with my vehicle's cameras. Both the side cameras and the backup camera stop working intermittently — sometimes the feed works, but other times it shows "Camera temporarily unavailable." This happens randomly, making it unreliable when reversing or using side views. **Repair Notes:** Technician inspected the vehicle and confirmed that the rear view and side cameras were intermittently unavailable, as reported by the customer. The issue was caused by multiple hardware problems detected in the car's computer system. The technician replaced the car computer to resolve the issue. After the replacement, a thorough test confirmed that all cameras are now functioning correctly and reliably. Test drove to calibrate cameras and systems functioning as designed. **Correction: Diagnosis: Low Voltage Circuit Integrity Check** Technician: Brandon K M297017 **Correction: Replace Car Computer (HW3) - Remove and Replace** | | | | | 0.00 |

Technician: Brandon K M297017

**Parts Replaced or Added**

| Part | Quantity |
|---|---|
| CAR COMPUTER - LEFT HAND DRIVE - PROVISIONED - GAMING CAR COMPUTER(1637790-S0-G) | 1.00 |

Pay Type: Used Car Repair

---

**3**

**Concern:** Customer states: Other · Interior - When shutting the driver-side door, there is a strange rattling sound, as if something is loose or broken inside the door. This issue started after my last service visit.

**Repair Notes:** Technician inspected and confirmed a rattling noise from the driver-side door upon closing, as reported by the customer. The noise was caused by loose interior trim within the door. The technician adjusted the interior trim and reinstalled the door trim panel to resolve the issue. After the adjustments, the technician verified that the rattling noise was no longer present when the door was shut.

**Correction: Adjustment: Interior Trim**
Technician: Brandon K M297017

**Correction: Interior Rattle Squeak Noise Diagnosis**
Technician: Brandon K M297017

**Correction: Panel - Door Trim - Front - LH (Remove & Install) - Remove and Install**
Technician: Brandon K M297017

Pay Type: Used Car Repair

0.00

---

**4**

0.00

**Concern:** Customer states: Other · Suspension - I'd like to bring up a concern regarding the ride quality of my vehicle. Even after multiple service visits, the issue still persists — the ride remains extremely harsh over bumps and overall driving comfort is noticeably poor. Given that the concern continues despite previous inspections, I kindly ask that your team perform a thorough review of the suspension system to identify and resolve the cause. At this point, I would expect a more in-depth approach to ensure the vehicle performs as inten

**Repair Notes:** Vehicle has no notable differences in driving behavior when compared to other vehicles of same model and manufacture date

| Correction: Diagnosis: Unable to Replicate Concern | Labor Hours | Price | Adjustment | Subtotal |
|---|---|---|---|---|
| Technician: Brandon K M297017 | | | | |
| | 0.00 | 0.00 | 0.00 | 0.00 |

Pay Type: Customer Pay

**Total Parts Amount   0.00**
**Total Labor Amount   0.00**

| | | |
|---|---|---|
| | **Labor Hours**        0.00 | |

**Concern:** Customer states: Noise & Vibration - Noise Type: Squeak Is the Noise Reproducible?: Yes Reproduce By: At parking lot speed Additional Notes (Optional): I've brought up a seat squeak concern multiple times, but the issue continues. The sound seems to be coming from the driver's backseat area and is very noticeable during driving.

**Repair Notes:** Technician inspected and verified the squeak noise from the driver's backseat area at parking lot speeds. The noise was caused by loose interior trim. Technician adjusted the interior trim and removed and reinstalled the rear left racetrack trim to address the issue. After the adjustments, the vehicle was tested, and the squeak noise was no longer present.

**Correction: Adjustment: Interior Trim**
Technician: Brandon K M297017

**Correction: Interior Rattle Squeak Noise Diagnosis**
Technician: Brandon K M297017

**Correction: Racetrack Trim - Rear - LH (Remove & Install) - Remove and Install**
Technician: Brandon K M297017

(Row 5)

Pay Type: Used Car Repair                                    0.00

**Concern:** Customer states: Noise & Vibration - Noise Type: Thump (similar to dropping something heavy) Is the Noise Reproducible?: Yes Reproduce By: Bumpy roads, speed bumps, or rail tracks Additional Notes (Optional): Whenever I go into a parking lot entrance, enter my driveway, or drive over a speed bump, it feels like something in the front is loose or comes apart and then settles back in. This sensation is uncomfortable and concerning, and it does not feel normal.

**Repair Notes:** Technician inspected and road-tested the vehicle to verify the reported thumping noise over bumps and rough roads. The noise was suspected to originate from the front suspension system. A thorough diagnosis was conducted, but the issue could not be replicated during the service visit. The vehicle was returned to the customer with a recommendation to monitor the noise and return if it worsens or changes.

**Correction: Front Suspension Noise Diagnosis**
Technician: Cody D

(Row 6)

Pay Type: Used Car Repair                                    0.00

**Concern:** Customer states: Noise & Vibration - Noise Type: Thump (similar to dropping something heavy) Is the Noise Reproducible?: Yes Reproduce By: Bumpy roads, speed bumps, or rail tracks Additional Notes (Optional): Whenever I go into a parking lot entrance, enter my driveway, or drive over a speed bump, it feels like something in the front is loose or comes apart and then settles back in. This sensation is uncomfortable and concerning, and it does not feel normal.

**Repair Notes:** Technician inspected and road-tested the vehicle to verify the reported thumping noise over bumps and rough roads. The noise was suspected to originate from the front suspension system. A thorough diagnosis was conducted, but the issue could not be replicated during the service visit. The vehicle was returned to the customer with a recommendation to monitor the noise and return if it worsens or changes.

(Row 7)                                    0.00

| **Correction: Diagnosis: Unable to Replicate Concern** | **Labor Hours** | **Price** | **Adjustment** | **Subtotal** | |
|---|---|---|---|---|---|
| Technician: Cody D | | | | | |
| | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | Pay Type: Customer Pay | | |
| **Total Parts Amount**  0.00 | | | | | |
| **Total Labor Amount**  0.00 | | | | | |
| **Labor Hours**  0.00 | | | | | |

---

**8**

**Concern:** Customer states: Noise & Vibration - Noise Type: Other Is the Noise Reproducible?: Yes Reproduce By: Steering or turning Additional Notes (Optional): When turning under light acceleration, a severe shake begins to happen. This feels abnormal and raises both comfort and safety concerns, so I'd like this investigated thoroughly.

**Repair Notes:** Technician inspected and road tested the vehicle. A diagnosis was performed to identify the source of the vibration, but the concern could not be replicated during the service visit. The vehicle was thoroughly checked, and no further action could be taken at this time.

**Correction: Front Suspension Noise Diagnosis**

Technician: Brandon K M297017

Pay Type: Used Car Repair

0.00

---

**9**

**Concern:** Customer states: Noise & Vibration - Noise Type: Other Is the Noise Reproducible?: Yes Reproduce By: Steering or turning Additional Notes (Optional): When turning under light acceleration, a severe shake begins to happen. This feels abnormal and raises both comfort and safety concerns, so I'd like this investigated thoroughly.

**Repair Notes:** Technician inspected and road tested the vehicle. A diagnosis was performed to identify the source of the vibration, but the concern could not be replicated during the service visit. The vehicle was thoroughly checked, and no further action could be taken at this time.

| **Correction: Diagnosis: Unable to Replicate Concern** | **Labor Hours** | **Price** | **Adjustment** | **Subtotal** | |
|---|---|---|---|---|---|
| Technician: Cody D | | | | | |
| | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | Pay Type: Customer Pay | | |
| **Total Parts Amount**  0.00 | | | | | |
| **Total Labor Amount**  0.00 | | | | | |
| **Labor Hours**  0.00 | | | | | 0.00 |

---

**10**

0.00

**Concern:** Customer states: Other · Exterior - Position is on the driver side roof. The seal on the glass doesn't line up properly. It looks uneven and out of place. Please inspect and correct the alignment.

**Repair Notes:** Customer concerned about the way the dust seal was sitting but explained that only keeps dust out and is not sealing from water.

**Correction: On Site – Education**

Technician: Brandon K M297017

| | | Pay Type: Goodwill - Service | |
|---|---|---|---|
| 11 | **Concern:** Check tire pressure and condition<br><br>**Repair Notes:** Tire pressure was checked and adjusted as needed. Tire pressure was all set properly except rear passenger tire was 5 psi lower than the rest.<br><br>**Correction: Automated Tire Pressure Check (Adjustment Needed)**<br>Technician: Brandon K M297017<br><br>Pay Type: Goodwill-Internal | | 0.00 |
| 12 | **Concern:** Additional firmware troubleshooting<br><br>**Repair Notes:** Technician performed additional troubleshooting and verified that the firmware failed to install. The issue was caused by a need for further firmware update or reinstallation. Technician conducted additional work to update and reinstall the firmware. The fix was validated by confirming the availability of a downloaded firmware job ready for installation.<br><br>**Correction: Additional Work Required - Firmware Update/Reinstall Troubleshooting**<br>Technician: Brandon K M297017<br><br>**Correction: Perform Post-Repair Validation Test Drive**<br>Technician: Brandon K M297017<br><br>Pay Type: Used Car Repair | | 0.00 |

Service Center hourly rate: USD 235
Notes: To assess your vehicle's Tire Wear and Condition, please see the Tire Care and Maintenance section from the digital Owner's Manual in your car.

All parts are new unless otherwise specified.

**Accepted Payment Methods:Major Credit Cards (Visa, Mastercard, AMEX, etc.), Debit Card, Cashier's Check**

You agree that You are entitled to a price estimate for the repairs you have authorized. The repair price may be less than the estimate but shall not exceed (1) any price limited estimate or (2) any parts and labor estimate by more than 10%. Additional repairs may not be performed without your consent. This estimated price for authorized repairs will be honored if your vehicle is delivered to Tesla's facility within the time period agreed to by you and Tesla. You may waive your right to a written estimate and require that you to be notified if the price exceeds an amount you have specified. Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your vehicle including on streets, highways, or public roadways for the sole purpose of testing and/or inspection of repairs; Tesla may update your vehicle's software in the course of a repair or as part of the standard vehicle maintenance process per your owner's manual and New Vehicle Limited Warranty; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs, storage and other applicable fees; the vehicle owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged storage fees of $35/day from the fourth working day after you are notified that repairs on your vehicle are complete and that the vehicle is ready for pick up.

| | |
|---|---|
| Total Parts (USD) | 0.00 |
| Total Labor (USD) | 0.00 |
| Discount | 0.00 |
| **Subtotal (USD)** | 0.00 |
| Tax | 0.00 |
| Estimated Price (USD) | 0.00 |
| **Total Amount (USD)** | 0.00 |
| **Amount Due From Customer (USD)** | 0.00 |
| **Paid by Customer (USD)** | 0.00 |

Tesla disclaims all express or implied warranties with respect to any repairs or products used in repairs, except as may be set forth in your Tesla-issued New or Used Vehicle Limited Warranty, Tesla Parts, Body, and Paint Repair Limited Warranty or other extended service agreement. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla. Any parts (including tires/wheels) removed or replaced by Tesla during vehicle service will become the property of Tesla. However, at the time you authorize repairs, you may request to receive (subject to any applicable core charge, which you agree to pay) or inspect replaced parts (excluding inflatable restraint system components), except body shop repair parts and parts required to be returned to the manufacturer or a third party under a warranty, trade-in or exchange agreement, which will only be presented to you for examination and not returned.

I authorize the repair work, including parts, materials and labor, on my vehicle to be done pursuant to the terms and conditions as set forth in this service agreement document.

## Signature: _____      Date: _____

## FullName:

You further agree and acknowledge that:

- You have the right to inspect your vehicle on Tesla premises prior to payment.
- Tesla is not responsible for loss or damage to the vehicle or any articles left in the vehicle in case of fire, theft, hail, wind, or any other causes beyond its control;
- Tesla personnel will turn off any photo or video capturing devices, such as dashboard cameras, once they receive the vehicle in preparation for service and your vehicle's Tesla dash cam will be enabled when you pick up your Tesla from this Service visit;
- Labor charges are not based solely on actual service personnel's time but are aggregate prices for specific services or repairs, which may include flat rates based on industry manuals and vehicle condition;
- Waste storage and disposal fees are charged separately when applicable to specific services or repairs, and represent costs and profits to Tesla which are calculated based on average annualized costs across Tesla service facilities;
- Items purchased over the counter or online directly from Tesla may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied);
- Tesla-branded parts purchased directly from Tesla over-the-counter, online or purchased and installed by Tesla Service are covered under the Tesla Parts, Body, and Paint Repair Limited Warranty for a period of 12 months subject to the applicable terms, conditions and exclusions and available at https://www.tesla.com/support/vehicle-warranty;
- All charges for repairs, including labor, parts and materials furnished, are due and payable simultaneously with the return of your vehicle or prior to return upon the expiration of three (3) working days after notice has been sent by Tesla that the vehicle is ready;
- If applicable, you have the right to choose the licensed repair shop where the damage to your vehicle will be repaired;
- All crash parts supplied meet the standards used in manufacturing the original equipment replaced;
- If any repair, storage and other applicable fees remain unpaid for thirty (30) days after a request for payment, Tesla may pursue collection and you will be responsible for paying all reasonable attorney's fees and costs for such collection;
- If provided a loaner or rental vehicle, the vehicle must be returned within 24 hours of such notification or a daily usage rate of up to $100 USD and applicable fees will be charged until the return of such loaner vehicle;
- The repair work may not be completed prior to the date and time noted under Date/Time Promised and Tesla may adjust the estimated completion date upon notification to you and is not responsible for any delays caused by the unavailability of parts or parts shipments; and
- Tesla (and any of its subsidiaries) may contact you via emails, calls, SMS or other messages including through the Tesla app (collectively, "messages") to obtain authorization and provide updates regarding this Service visit and your vehicle. Standard SMS message and data rates may apply. You can withdraw your consent to receive automated SMS messages at any time by replying "STOP"or providing written notification to Tesla's customer representative.
- CERTIFICATION:All parts and repairs were furnished in compliance with Michigan Auto Repair Act P.A. 300.

## Tesla Representative Signature: _____

# Exhibit C

RONALD J. BOLZ
CHRISTOPHER M. LOVASZ
STEVEN S. TOTH
CHRISTOPHER A. WINKLER
TRAVIS L. SHACKELFORD
STEVEN S. TOTH, JR.




ATTORNEYS AND COUNSELORS

www.LemonAuto.com

30928 FORD ROAD
GARDEN CITY, MI 48135
(734) 261-4700
FAX (734) 261-4737

October 7, 2025

Tesla, Inc.
c/o The Corporation Company
40600 Ann Arbor Road E. Ste. 201
Plymouth, MI 48170

**RE:** **2022 Tesla Model X**
**VIN: 7SAXCBE68NF342516**

To Whom it May Concern:

Please be advised that I represent Tahsine Beydoun regarding the sale of the above-referenced vehicle at Tesla, Inc. on or about May 26, 2025. Mr. Beydoun, pursuant to the Michigan Uniform Commercial Code, which covers breach of express and implied warranties, revocation of acceptance and other rights and remedies, the Federal Magnuson-Moss Warranty Act and other rights and remedies, does hereby notify you of your breach of warranties, revokes acceptance of the 2022 Tesla Model X, and is prepared to file suit to effect revocation of acceptance, cancellation of the sale, return of the vehicle, and payment to him of all monies expended, putting him back in the position he was prior to the contract.

Mr. Beydoun intends to hold Tesla, Inc. liable for all other foreseeable damages due to the nonconforming vehicle and breach of warranty, including attorneys' fees incurred with enforcing his rights pursuant to the following: M.C.L.A. 440.2313, M.C.L.A. 440.2314, 15 USC 2310(d)(2), M.C.L.A. 440.2714, M.C.L.A. 440.2715, M.C.L.A 440.2719, Kelynack v Yamaha Motor Corp. USA, 152 Mich App 105, 110-111 (1986), Davis v Forest River, 485 Mich 941 (2009), Cady v. Dick Loehr's, 100 Mich App 543; 299 NW2d 69 (1980).

Tesla, Inc.
October 7, 2025
Page Two


Since the date Mr. Beydoun took delivery, the 2022 Tesla Model X has been in for repairs on numerous occasions and been out of service due to defects for an excessive amount of time. If you do not contact us in writing within 7 days of this letter and acknowledge your breach of warranties and sale of a nonconforming good, we will bring an action seeking all remedies available under the law.

If I do not hear from you within 7 days, I will assume that you refuse to acknowledge your breach of warranty and the nonconforming nature of the vehicle. Please be advised that if you do not allow return of the vehicle, Mr. Beydoun will be forced to continue to use the vehicle to mitigate his damages. However, if you wish for Mr. Beydoun to discontinue use of the vehicle and thereby increase his damages, please advise me in writing immediately. If I do not hear otherwise, I will assume that you authorize his continued use of the vehicle to minimize his damages.

Please be advised that we are asserting an attorney's lien on any and all proceeds in this matter. All further communications with Mr. Beydoun must be directed through my office.

Thank you for your anticipated cooperation.

Very truly yours,

CONSUMER LEGAL SERVICES, P.C.

Steven S. Toth, Esq.

SST/snh

cc: Tahsine Beydoun

**STATE OF MICHIGAN**

**IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE**

TAHSINE BEYDOUN,

                   Plaintiff,                           25-      NZ

v

TESLA OF MI, INC., a Texas corporation,

                   Defendant.

                                            /

CONSUMER LEGAL SERVICES, P.C.
RONALD J. BOLZ P-43897
STEVEN S. TOTH P-44487
CHRISTOPHER A. WINKLER P-57431
TRAVIS L. SHACKELFORD P-68710
STEVEN S. TOTH JR P-83678
Attorneys for Plaintiff
30928 Ford Road
Garden City, MI 48135
(734) 261-4700

                                            /

## JURY DEMAND

Plaintiff demands trial by jury on all issues triable as such.

Respectfully submitted,

CONSUMER LEGAL SERVICES, P.C.

By: _____

RONALD J. BOLZ P-43897
STEVEN S. TOTH P-44487
CHRISTOPHER A. WINKLER P-57431
TRAVIS L. SHACKELFORD P-68710
STEVEN S. TOTH JR P-83678
Attorneys for Plaintiff
30928 Ford Road
Garden City, MI 48135
(734) 261-4700

Dated: October 7, 2025

25-015921-NZ FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   10/10/2025 10:26 AM   Yolanda Payne